UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Susan Pierson Sonderby
Date: July 27, 2007
Bankruptcy Case No. 07-266
Adversary No.
Title of Case: Holly Marine Towing, Inc.

Brief Statement of Motion: Motion for Relief From Stay

Names and Addresses of moving counsel: Robert Napleton, 100 W. Monroe, Suite 200, Chicago, IL 60603

Representing: Joseph Arthur Dawson

## ORDER

This matter coming to be heard on Joseph Arthur Dawson's motion for relief from stay, and the Debtor's objection to the claim filed by Joseph Arthur Dawson, the court having considered the motion and objection to claim; It is hereby ordered:
- The motion for relief from stay is continued until August 29, 2007 @ 10:30.
- The objection to claim is continued until August 29, 2007 @ 10:30.
- The automatic stay shall remain in effect until final resolution of this matter.

/s/ [Judge signature]