UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 266 |
| | ) | |
| HOLLY MARINE TOWING, INC., | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | Chapter 11 |

### final ORDER APPROVING FIRST QUARTERLY FEE APPLICATION OF BELL, BOYD & LLOYD LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the *First Quarterly Fee Application of Bell, Boyd & Lloyd LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*Fee Application*")[1] filed by the Official Committee of Unsecured Creditors (the "*Committee*") appointed herein; the Court having reviewed the Fee Application and all Exhibits thereto and having heard the statements of counsel in support of the relief requested therein at a hearing (the "*Hearing*") before the Court; it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that the amounts requested in the Fee Application are reasonable; the Court further finding that the services rendered and expenses incurred by Bell Boyd & Lloyd LLP ("*Bell Boyd*"), as described in the Fee Application, were actual and necessary to the administration of the bankruptcy estate of the above-captioned debtor (the "*Debtor*"); the Court further finding that due and adequate notice of the Fee Application and Hearing was provided and that the notice provided was sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Fee Application and at the Hearing establish just cause for the relief granted herein;

---

[1] All terms not otherwise defined herein shall have the meanings provided in the Fee Application.

447629/F/1

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Fee Application shall be, and hereby is, granted ~~in its entirety;~~ as described herein;

2. The Court hereby allows Bell Boyd ~~$86,903.50~~ $86,755.00 in reasonable and necessary fees and ~~$1,058.14~~ $324.64 in actual expenses for the period of September 4, 2007 through November 30, 2007; and

3. The Court hereby directs the Debtor to pay ~~$87,961.64~~ $87,079.64 to Bell Boyd (less amounts paid to Bell Boyd pursuant to this Court's February 15, 2008 order).

Dated: February ____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

3-27-0?

447629/E/1