# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HOLLY MARINE TOWING, INC., | ) | Date of Conversion: 3/26/2008 |
| | ) | |
| Debtor. | ) | Case No.  07 B 0266 |
| | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Courtroom 642 |

## DEBTOR'S FINAL REPORT AND ACCOUNT

                                                Respectfully submitted,

                                                Holly Marine Towing, Inc.

Dated: April 23, 2008                   By: /s/ Paul M. Bauch
                                                              One of Its Attorneys

Paul M. Bauch (ARDC # 6196619)
Kenneth A. Michaels Jr. (ARDC #6185885)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois  60604
(312) 588-5000  Tel.
(312) 427-5709  Fax

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HOLLY MARINE TOWING, INC., | ) | Date of Conversion: 3/26/2008 |
| | ) | |
| Debtor. | ) | Case No.  07 B 0266 |
| | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Courtroom 642 |

## FINAL REPORT AND ACCOUNT

**SCHEDULE I – DISPOSITION OF ASSETS**

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| Citizens Financial Bank Account | $64,109.80 | closed 04/17/08; remaining amount ($27,775.86) sent to trustee |
| Citizens Financial Bank (DIP) Account | $130.00 | two checks for $65.00 each not yet cleared; remaining amount ($38,195.25) sent to trustee |
| Royal Savings Bank Account | $6,173.36 | closed 04/17/08; remaining amount ($1,042.06) sent to trustee |
| Royal Savings Bank Account | $949.59 | closed 2/1/07; amount transferred to Citizens Financial Bank (DIP) Account |
| Standard Bank & Trust Account | $1,761.25 | closed 2/1/07; amount transferred to Citizens Financial Bank (DIP) Account |
| Accounts receivable | $1,026,019.04 | some collected or written off during bankruptcy (approximately $50,000.00 remaining; owed by Emesco Marine, Kindra Lake Towing, Koch Carbon, Heckett Multiserv & Thatcher Engineering) |
| Restitution claim against Gary O. Burnham for sinking of Margaret Ann tugboat | $1,000,000.00 | $750,000.00 restitution order entered on 5/16/07; judgments recorded on Burnham's properties in Indiana |
| 1991 Chevrolet pickup, red | $1,015.00 | sold to K&S Maritime, LLC on 2/21/08 |
| 2000 Ford F350 pickup, green | $6,135.00 | sold to Richard Dawson on 10/03/07 |
| 2001 Chevrolet S10 pickup, red | $5,755.00 | sold to K&S Maritime, LLC on 2/21/08 |

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| 2001 Chevrolet Venture, blue | $4,070.00 | sold to K&S Maritime, LLC on 2/21/08 |
| Barge: HMT 101 | $475,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Barge: HMT 102 | $475,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Barge: HMT 2 | $70,000.00 | sold to Kindra Lake Towing, L.P. on 2/26/08 |
| Barge: HMT 201 | $1,200,000.00 | sold to Canal Barge Company, Inc. on 2/20/08 |
| Barge: HMT 3 | $60,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Barge: HMT 4 | $60,000.00 | sold to Kindra Lake Towing, L.P. on 2/26/08 |
| Barge: HMT 5 | $120,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Barge: HMT 7 | $50,000.00 | sold to K&S Maritime, LLC on 2/21/08 |
| Barge: HMT 8 | $75,000.00 | sold to Kindra Lake Towing, L.P. on 2/26/08 |
| New Mexico | $5,000.00 | sold to Will County Generator 04/25/07 |
| Tug: Chris Ann | $380,000.00 | sold to K&S Maritime, LLC on 2/21/08 |
| Tug: Holly Ann | $485,000.00 | sold to F.H. Partners, L.P. on 2/27/08 |
| Tug: Katie Ann | $976,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Tug: Margaret Ann | $450,000.00 | sold to K&S Maritime, LLC on 2/21/08 |
| Tug: Mary Ann | $200,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Miscellaneous office furniture | $2,000.00 | currently stored in store front; received offer for $660.00 from Worldwide Office Furniture |
| Xerox machine | $1,500.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Crane: American | $50,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Crane: American | $8,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Endloader: Clark | $21,323.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| John Deere bobcat | $5,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| MCM Marine crane mats | $25,506.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| winches | $13,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Amounts owed by Beemsterboer | $6,824.50 | offset (charges for fleeting traded for shifting) |
| Amounts owed by Illinois Marine Towing | $39,301.70 | outstanding |

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---:|---|
| Amounts owed by Lafarge | $128,894.11 | Settled claim (07 A 145) for $36,700.00 – held in Bauch & Michaels, LLC's client trust fund account; $4,442.50 disbursed to Bauch & Michaels for first fee app; $6,237.50 owed to Bauch & Michaels, LLC for second fee app; $1,509 to be disbursed to estate for post-petition amounts owed by Lafarge |
| prepaid insurance | $13,575.60 | insurance obtained during bankruptcy |
| scrap metal | $100,000.00 | propellers (worth about $10,000) being held by Metal Management Midwest, Inc., 9331 S. Ewing Ave., Chicago, IL 60617 |
|  |  | other scrap metal located at 9320 S. Ewing Ave., Chicago, IL 60617 |
| torch rack | $500.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| ladders | $500.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| fire extinguishers | $100.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| trash pump suction hoses | $100.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| rigging rack | $100.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| barge covers for HMT 101 and 102 | $10,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Conex containers #1-7 | $3,500.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| drill press | $100.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| e-z-go cart | $500.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| Hyster fork truck | $1,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| skid steer trailer | $250.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| assorted ladders, pumps and extinguishers | $250.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| spool of line | $100.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| spool of cable | $50.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| shackles and connectors | $250.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| weed whacker | $50.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| welding machine with torch rack on front | $500.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| welder #2 | $500.00 | sold to Sunflower Enterprises, LLC 02/25/08 |

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---:|---|
| welding rod | $100.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| any other shore equipment, including miscellaneous equipment, tools, parts and personal property (excluding automobiles, office and computer equipment, and telephones located in and about 9320 S. Ewing Ave. in Chicago, Illinois) | $1,000.00 | sold to Sunflower Enterprises, LLC 02/25/08 |
| three computers | $500.00 | delivered to trustee 04/15/08 |
| telephone number (773) 375-8660 | $1,000.00 | $1,000 offer from Kindra Lake Towing, L.P. received |
| facsimile number (773) 375-7422 | $500.00 | number being used at 13029 S. Baltimore Ave., Chicago, Illinois  60633 |
| contract with Army Corps of Engineers | $1.00 | ACOE terminated contract for cause 03/31/08 |
| American Commercial Barge Line LLC port services agreement dated August 31, 2006 | $1.00 | $1,000 offer from K&S Maritime, LLC received |
| Atlantic Painting Co., Inc. contract dated March 20, 2007 | $0.00 | terminated |
| Barnhart Crane and Rigging Co. contract dated July 2007 | $0.00 | terminated (job complete) |
| Crown Corr Inc. subcontractor agreement dated September 5, 2007 | $0.00 | terminated (job complete) |
| Emesco Marine Services Corporation transportation agreement dated February 15, 2006 | $1.00 | $1,000 offer from K&S Maritime, LLC received |

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---:|---|
| F.H. Paschen, S.N. Nielsen & Associates, LLC contract dated March 28, 2007 | $0.00 | terminated (job complete) |
| James McHugh Construction Co. contract dated August 23, 2007 | $0.00 | terminated |
| Melrose Pyrotechnics, Inc. contract dated January 1, 2007 | $1.00 | $1,000 offer from K&S Maritime, LLC received |
| PB Americas, Inc. (Parsons, Brinckerhoff) contract dated September 17, 2007 | $0.00 | terminated (job complete) |
| Pepper Construction Company subcontract agreement dated June 20, 2007 | $1.00 | $1,000 offer from K&S Maritime, LLC received |
| claim against U.S. Steel for unpaid invoices | $17,037.50 | Case No. 07 A 186 pending |
| claim against Hendricks Marine Towing, LLC and Gould & Ratner LLP for return of bid deposit | $310,000.00 | outstanding |
| claim against Glenn Dawson for usurpation of corporate opportunity | $1,000,000.00 | Case No. 07 A 1031 pending |
| claim against Glenn Dawson & Richard Dawson for fraudulent transfers | $2,000,000.00 | Case No. 07 A 1268 pending |

Case No. 07-00266
In re: HOLLY MARINE TOWING, INC.,

## SCHEDULE II – POST-PETITION CREDITORS

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| AIRGAS North Central<br>3300 Butler Ave.<br>S. Chicago Heights, IL 60411 | Administrative | $1,318.64 |
| Anderson Brothers & Johnson<br>P.O. Box 26<br>Wausau, WI 54402-0026<br>(Previously listed as Michael's Materials) | Administrative | $113,247.04 |
| AT&T<br>P.O. Box 9001309<br>Louisville, KY 40290-1309<br>(Account # 0301952042001) | Administrative | $406.82 |
| Bauch & Michaels, LLC<br>c/o Paul M. Bauch<br>53 W. Jackson Blvd., Suite 1115<br>Chicago, IL 60604<br>(plus additional amounts from final fee application not yet filed) | Administrative | $253,942.62 |
| Bell, Boyd & Lloyd LLP<br>c/o Harley J. Goldstein<br>70 W. Madison St., Suite 3100<br>Chicago, IL 60602<br>(plus additional amounts from final fee application not yet filed) | Administrative | $47,075.14 |
| CIT Technology Fin. Service, Inc.<br>c/o One Deerwood<br>10201 Centurion Pkwy N - Suite 100<br>Jacksonville, FL 32256 | Administrative | $945.71 |
| City of Chicago<br>Department of Water Management<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>(Account #575078-575078) | Administrative | $17.02 |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(Account # 0549538016) | Administrative | $629.67 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(Account # 9286646016 - amount unknown; bills are for other buildings at landlord's property) | Administrative | $1.00 |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(Account # 9286647004 - amount unknown; bills are for other buildings at landlord's property) | Administrative | $1.00 |
| Department of Treasury/Internal Revenue Service<br>c/o Brian Press, Esq.<br>200 West Adams - Suite 2300<br>Chicago, IL  60606<br>(claim is likely to be less than this amount) | Administrative | $32,591.45 |
| Dufour, Laskey & Strouse, Inc.<br>3939 N Causeway Blvd, Suite 300<br>Metairie, LA 70002 | Administrative | $1,005.50 |
| FedEx<br>P.O. Box 94515<br>Palatine, IL  60094<br>(Invoice #257192439; 258448564; & 262365130) | Administrative | $53.35 |
| General Capital Partners, LLC<br>David Ford<br>600 Seventeenth St.<br>Suite 2350 South<br>Denver, CO  80202 | Administrative | $176,142.77 |
| Godwin Pumps of America, Inc.<br>16830 Chicago Ave.<br>Lansing, IL 60438-1121 | Administrative | $26.64 |
| Indiana Port Commission<br>150 W. Market St., Suite 100<br>Indianapolis, IN  46204 | Administrative | $80.00 |
| Kindra Lake Towing, L.P.<br>3321 Pomeroy Road<br>Downers Grove, IL 60515<br>(Invoice #28-1004 & 28-1013) | Administrative | $16,796.40 |
| Dustin Lhotka<br>6216 S. Kostner Ave.<br>Chicago, IL 60629<br>(claim for injury to thumb 11/14/07) | Administrative | $1.00 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Robert Lund<br>6537 Newburg Road<br>Rockford, IL 61108<br><br>2907 Highcrest Rd.<br>Rockford, IL 61107<br><br>(disputed claim for July 2007 health insurance reimbursement – already received health insurance under union agreement) | Administrative | $500.00 |
| Marwedel, Minichello & Reeb, P.C.<br>c/o Warren J. Marwedel<br>10 S. Riverside Plaza, Suite 720<br>Chicago, IL 60606<br>(claim subject to court approval of pending fee application) | Administrative | $9,826.88 |
| Mt. Carmel Stabilization Group, Inc.<br>c/o Eileen M. Sethna<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, Illinois 60604<br>(amount of rent claim to be determined by Bankruptcy Court) | Administrative | $1.00 |
| Nextel<br>P.O. Box 541023<br>Los Angeles, CA 90054-1023<br>(Account # 47700514) | Administrative | $3,094.91 |
| Parker Sales Co., Inc.<br>10038 S. Ewing Avenue<br>Chicago, IL 60617<br>(Invoices 95331 & 95339 for supplies taken by Newt Marine) | Administrative | $399.90 |
| Patten Industries, Inc.<br>635 West Lake Street<br>Elmhurst, IL 60126<br>(Account # 5185420) | Administrative | $1,982.78 |
| Peoples Gas<br>130 E. Randolph Drive<br>Chicago, IL 60687-0001<br>(Account # 7500042909945) | Administrative | $1,381.09 |
| Peoples Gas<br>130 E. Randolph Drive<br>Chicago, IL 60601<br>(amount credited to Account # 4500005263731) | N/A | -$127.94 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Scouler & Company, LLC<br>445 Park Ave., 10th Floor<br>New York, NY  10022 | Administrative | $24,094.88 |
| Thatcher Foundations, Inc.<br>7100 Industrial Highway<br>Gary, IN 46406 | Administrative | $12,316.00 |
| United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 70937<br>Charlotte, NC 28272-0937<br>(1st Q 2008 fee) | Administrative | $4,875.00 |
|  | *Total* | **$702,626.27** |

Case No. 07-00266
In re: HOLLY MARINE TOWING, INC.,

## SCHEDULE III – POST-PETITION PAYMENTS TO PROFESSIONALS

| Name and Address of Professional | Amount Paid Post-Petition | Retainer |
|---|---:|---:|
| Bauch & Michaels, LLC<br>c/o Paul M. Bauch<br>53 W. Jackson Blvd., Suite 1115<br>Chicago, IL 60604 | $69,442.50 | $20,000.00 |
| Bell, Boyd & Lloyd LLP<br>c/o Harley J. Goldstein<br>70 W. Madison St., Suite 3100<br>Chicago, IL 60602 | $65,000.00 | $0.00 |
| Feeley & Associates, P.C.<br>161 N. Clark St., Suite 4700<br>Chicago, IL 60601 | $1,000.00 | $1,000.00 |
| General Capital Partners, LLC<br>David Ford<br>600 Seventeenth St.<br>Suite 2350 South<br>Denver, CO 80202 | $10,000.00 | $0.00 |
| Koutek & Associates, P.C.<br>930 York Rd.<br>Hinsdale, IL 60521 | $2,790.00 | $0.00 |
| Marwedel, Minichello & Reeb, P.C.<br>c/o Warren J. Marwedel<br>10 S. Riverside Plaza, Suite 720<br>Chicago, IL 60606 | $7,138.23 | $0.00 |
| Scouler & Company, LLC<br>445 Park Ave., 10th Floor<br>New York, NY 10022 | $0.00 | $0.00 |
| *Total* | **$155,370.73** | **$21,000.00** |

**SCHEDULE IV – POST-PETITION RECEIPTS & DISBURSEMENTS (SEE MONTHLY OPERATING REPORTS FOR DETAIL)**

| Month | Receipts | Disbursements |
|---|---:|---:|
| January 2007 | 164,055.92 | 146,573.06 |
| February 2007 | 174,519.40 | 172,336.92 |
| March 2007 | 174,210.54 | 168,019.14 |
| April 2007 | 183,843.47 | 190,187.19 |
| May 2007 | 256,422.57 | 234,961.25 |
| June 2007 | 364,696.12 | 372,795.08 |
| July 2007 | 413,782.71 | 392,910.71 |
| August 2007 | 574,134.53 | 577,158.96 |
| September 2007 | 417,253.41 | 382,382.38 |
| October 2007 | 337,893.09 | 380,407.36 |
| November 2007 | 439,220.14 | 445,683.90 |
| December 2007 | 454,232.37 | 435,403.41 |
| January 2008 | 294,127.07 | 302,961.90 |
| February 2008 | 264,603.37 | 268,956.89 |
| March 2008 | 137,485.06 | 91,797.35 |
| April 2008 | 25,586.09 | 0.00 |
| ***Total*** | **$4,650,479.77** | **$4,562,535.50** |

I, Holly Headland, President, declare under penalty of perjury that I have fully read and understood the foregoing Final Report and Account and that the information contained herein is true and complete to the best of my knowledge.

Date:_____          _____
                                      Principal for Debtor-In-Possession

## SCHEDULE IV – POST-PETITION RECEIPTS & DISBURSEMENTS (SEE MONTHLY OPERATING REPORTS FOR DETAIL)

| Month | Receipts | Disbursements |
|---|---|---|
| January 2007 | 164,055.92 | 146,573.06 |
| February 2007 | 174,519.40 | 172,336.92 |
| March 2007 | 174,210.54 | 168,019.14 |
| April 2007 | 183,843.47 | 190,187.19 |
| May 2007 | 256,422.57 | 234,961.25 |
| June 2007 | 364,696.12 | 372,795.08 |
| July 2007 | 413,782.71 | 392,910.71 |
| August 2007 | 574,134.53 | 577,158.96 |
| September 2007 | 417,253.41 | 382,382.38 |
| October 2007 | 337,893.09 | 380,407.36 |
| November 2007 | 439,220.14 | 445,683.90 |
| December 2007 | 454,232.37 | 435,403.41 |
| January 2008 | 294,127.07 | 302,961.90 |
| February 2008 | 264,603.37 | 268,956.89 |
| March 2008 | 137,485.06 | 91,797.35 |
| April 2008 | 25,586.09 | 0.00 |
| Total | $4,650,479.77 | $4,562,535.50 |

I, Holly Headland, President, declare under penalty of perjury that I have fully read and understood the foregoing Final Report and Account and that the information contained herein is true and complete to the best of my knowledge.

Date: 04-22-08

_____
Principal for Debtor-In-Possession