**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HOLLY MARINE TOWING, INC., | ) | Date of Conversion: 3/26/2008 |
| | ) | |
| Debtor. | ) | Case No.  07 B 0266 |
| | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Courtroom 642 |

### EXHIBIT A

**AMENDED SCHEDULE II
TO DEBTOR'S FINAL REPORT AND ACCOUNT**


                                                Respectfully submitted,

                                                Holly Marine Towing, Inc.

Dated: May 8, 2008                              By: /s/ Paul M. Bauch
                                                       One of Its Attorneys


Paul M. Bauch (ARDC # 6196619)
Kenneth A. Michaels Jr. (ARDC #6185885)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois  60604
(312) 588-5000  Tel.
(312) 427-5709  Fax

Case No. 07-00266
In re: HOLLY MARINE TOWING, INC.,

**AMENDED SCHEDULE II – POST-PETITION CREDITORS**

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| AIRGAS North Central<br>3300 Butler Ave.<br>S. Chicago Heights, IL 60411 | Administrative | $1,318.64 |
| Anderson Brothers & Johnson<br>P.O. Box 26<br>Wausau, WI 54402-0026<br>(Previously listed as Michael's Materials) | Administrative | $113,247.04 |
| AT&T<br>P.O. Box 9001309<br>Louisville, KY 40290-1309<br>(Account # 0301952042001) | Administrative | $406.82 |
| Bauch & Michaels, LLC<br>c/o Paul M. Bauch<br>53 W. Jackson Blvd., Suite 1115<br>Chicago, IL 60604<br>(plus additional amounts from final fee application not yet filed) | Administrative | $253,942.62 |
| Bell, Boyd & Lloyd LLP<br>c/o Harley J. Goldstein<br>70 W. Madison St., Suite 3100<br>Chicago, IL 60602<br>(plus additional amounts from final fee application not yet filed) | Administrative | $47,075.14 |
| Boats & Harbors   (ADDED ENTRY)<br>c/o Mildred Donnelly<br>P.O. Drawer 647<br>Crossville, TN 38557 | Administrative | $1,280.00 |
| CIT Technology Fin. Service, Inc.<br>c/o One Deerwood<br>10201 Centurion Pkwy N - Suite 100<br>Jacksonville, FL 32256 | Administrative | $945.71 |
| City of Chicago<br>Department of Water Management<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>(Account #575078-575078) | Administrative | $17.02 |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(Account # 0549538016) | Administrative | $629.67 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(Account # 9286646016 - amount unknown; bills are for other buildings at landlord's property) | Administrative | $1.00 |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>(Account # 9286647004 - amount unknown; bills are for other buildings at landlord's property) | Administrative | $1.00 |
| Department of Treasury/Internal Revenue Service<br>c/o Brian Press, Esq.<br>200 West Adams - Suite 2300<br>Chicago, IL  60606<br>(claim is likely to be less than this amount) | Administrative | $32,591.45 |
| Dufour, Laskey & Strouse, Inc.<br>3939 N Causeway Blvd, Suite 300<br>Metairie, LA 70002 | Administrative | $1,005.50 |
| FedEx<br>P.O. Box 94515<br>Palatine, IL  60094<br>(Invoice #257192439; 258448564; & 262365130) | Administrative | $53.35 |
| General Capital Partners, LLC<br>David Ford<br>600 Seventeenth St.<br>Suite 2350 South<br>Denver, CO  80202 | Administrative | $176,142.77 |
| Godwin Pumps of America, Inc.<br>16830 Chicago Ave.<br>Lansing, IL 60438-1121 | Administrative | $26.64 |
| Indiana Port Commission<br>150 W. Market St., Suite 100<br>Indianapolis, IN  46204 | Administrative | $80.00 |
| Kindra Lake Towing, L.P.<br>3321 Pomeroy Road<br>Downers Grove, IL 60515<br>(Invoice #28-1004 & 28-1013) | Administrative | $16,796.40 |
| Dustin Lhotka<br>6216 S. Kostner Ave.<br>Chicago, IL 60629<br>(claim for injury to thumb 11/14/07) | Administrative | $1.00 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Robert Lund<br>6537 Newburg Road<br>Rockford, IL 61108<br><br>2907 Highcrest Rd.<br>Rockford, IL 61107<br><br>(disputed claim for July 2007 health insurance reimbursement – already received health insurance under union agreement) | Administrative | $500.00 |
| Marwedel, Minichello & Reeb, P.C.<br>c/o Warren J. Marwedel<br>10 S. Riverside Plaza, Suite 720<br>Chicago, IL 60606<br>(claim subject to court approval of pending fee application) | Administrative | $9,826.88 |
| Mt. Carmel Stabilization Group, Inc.<br>c/o Eileen M. Sethna<br>Querrey & Harrow, Ltd.<br>175 W. Jackson Blvd., Suite 1600<br>Chicago, Illinois 60604<br>(amount of rent claim to be determined by Bankruptcy Court) | Administrative | $1.00 |
| Nextel<br>P.O. Box 541023<br>Los Angeles, CA 90054-1023<br>(Account # 47700514) | Administrative | $3,094.91 |
| Parker Sales Co., Inc.<br>10038 S. Ewing Avenue<br>Chicago, IL 60617<br>(Invoices 95331 & 95339 for supplies taken by Newt Marine) | Administrative | $399.90 |
| Patten Industries, Inc.<br>635 West Lake Street<br>Elmhurst, IL 60126<br>(Account # 5185420) | Administrative | $1,982.78 |
| Peoples Gas<br>130 E. Randolph Drive<br>Chicago, IL 60687-0001<br>(Account # 7500042909945) | Administrative | $1,381.09 |
| Peoples Gas<br>130 E. Randolph Drive<br>Chicago, IL 60601<br>(amount credited to Account # 4500005263731) | N/A | -$127.94 |

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Scouler & Company, LLC<br>445 Park Ave., 10th Floor<br>New York, NY  10022 | Administrative | $24,094.88 |
| Thatcher Foundations, Inc.<br>7100 Industrial Highway<br>Gary, IN 46406 | Administrative | $12,316.00 |
| United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 70937<br>Charlotte, NC 28272-0937<br>(1st Q 2008 fee) | Administrative | $4,875.00 |
| | *Total* | **$703,906.27** |