## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 00266 |
| | ) | |
| HOLLY MARINE TOWING, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |

## ORDER GRANTING FINAL FEE APPLICATION OF
## FREEBORN & PETERS LLP AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the *Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee Of Unsecured Creditors* (the "*Final Fee Application*")[1]; the Court having reviewed the Application and having heard the statements of counsel at a hearing (the "*Hearing*") before the Court; it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); the Court finding that the amounts requested are reasonable; the Court further finding that the services rendered and expenses incurred by F&P, as described in the Application, were actual and necessary to the administration of, and actually benefited, the Debtor's bankruptcy estate; the Court further finding that due and adequate notice of the Application and the Hearing was provided; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein;

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court hereby allows F&P $52,988.95 (which includes the voluntary $170.00 reduction in fees awarded under the First Interim Fee Application, as well as an accommodation equal to ten percent (10%) of the total fees requested herein) in final compensation for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code.

2. The Court hereby allows F&P $1,377.52 in final reimbursable expenses (net of expense reimbursement reductions) for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code.

3. The Court authorizes the payment to F&P of $54,366.47, representing all unpaid amounts owing to F&P on account of the First Interim Fee Application and the Final Fee Application.

Dated: _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE