# BAUCH & MICHAELS, LLC

Law Offices

**EXHIBIT 1**

53 West Jackson Boulevard, Suite 1115
Chicago, Illinois  60604

Phone: (312) 588-5000
Fax: (312) 427-5709
www.bauch-michaels.com

Holly Marine Towing
c/o Ms. Holly Headland
13029 S. Baltimore Ave.
Chicago, IL 60633

April 28, 2008
Invoice No.  11439

In Reference To:   Legal services rendered through March 26, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Asset Sales** | | | | |
| 3/1/2008 | PMB | review emails and conference with Holly re: resolution of open closing issues (.10) | 0.10 $375.00 | $37.50 |
| 3/3/2008 | CYS | telephone conference with Holly re non-assignability of Melrose Pyrotechnics contract and sale of office furniture (.20); office conference with PMB re: same (.10) | 0.30 $175.00 | $52.50 |
| | PMB | prepare stipulation on distribution of proceeds of Newt Marine (.10); review Holly's email re: closing and wind up issues (.10); revise stipulation on distribution of proceeds of Newt Marine (.10); review and revise Newt stipulation re: parties' comments (.10); office conference with KAM and CYS re: Holly Marine asset sale distributions and wind down plan strategies (.60); attention to emails re: sale, closure and delivery of documents (.20); attention to Newt sale proceeds stipulation and comments and revisions to same (.40) | 1.70 $375.00 | $637.50 |
| 3/4/2008 | CYS | email exchange with Shari Friedman and Warren Marwedel re: delivery of documents for Canal Barge's purchase of HMT 201 (.20); reviewed documents received re: same (.20); emailed parties re: signing stipulation for distribution of Newt Marine sale proceeds (.10) | 0.50 $175.00 | $87.50 |
| | PMB | review comments of various parties on stipulation for disbursement of Newt funds (.10); review Shari Friedman's email inquiring of status of document for Canal Barge purchase and Warren's email re: same (.10); telephone conference with Holly re: status of turnover of various documents relating to assets (.10); inquiry with David Sachs re: delivery of | 1.00 $375.00 | $375.00 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | documents to Newt Marine (.10); follow-up with Holly re: post-closing issues (.20); final review and revisions to Newt Marine sale proceeds stipulation and circulate stipulation for execution (.40) |  |  |
| 3/4/2008 | PMB | telephone conference with Terry from Cal River Fleeting re: possible collusion between bidders at sale and Dawson commission on contracts (.10) | 0.10 $375.00 | $37.50 |
| 3/5/2008 | KAM | prepared wire transfer instructions for 899K+ to be wired to FH Partners (.20); conference with Northern Trust Private Banking officer re: wire transfer charges being charged to client funds rather than operating account (.50); transferred funds to cover charges in client funds trust (.10); prepared check to IRS per court's order providing for same (.10) | 0.90 $350.00 | $315.00 |
|  | CYS | prepared signed stipulation re: Newt sale proceeds for filing (.10); filed and served same (.10); office conference with PMB and KAM re: sending Newt sale proceeds to IRS and FH Partners (.20); email exchange with Geoff Goodman and Jeff Coupe re: same and entity to receive wired funds (.10); email exchange with Holly re: delivery of HMT 201 documents to Canal Barge (.10); telephone conference with Jeff Coupe re: surveyor to inspect damage to Holly Ann (.10); email exchange with Holly re: same (.10) | 0.80 $175.00 | $140.00 |
|  | SH | deliver proceeds from asset sale to IRS (.50) | 0.50 $75.00 | $37.50 |
|  | PMB | review inquiries re: status of documents for Canal Barge relating to HMT 201 (.20); final attention to Newt stipulation and conferences with party re: same (.20); various email exchanges re: status of scrap metal left at premises (.10); emails and office conference with CYS re: insurance claim on Holly Ann and effect of proceeds on asset sale and outstanding indebtedness (.20); attention to finalization of stipulation on Newt proceeds and filing (.20) | 0.90 $375.00 | $337.50 |
| 3/7/2008 | SH | review client files and organize documents from sale and office vacated by Holly Marine (2.40) | 2.40 $75.00 | $180.00 |
| 3/10/2008 | CYS | telephone conference with Randy King from K&S Marine re: address for sending original certificate of documentation for Chris Ann (.10); reviewed letters to purchasers re: delivery of original certificates of documentation (.10) | 0.20 $175.00 | $35.00 |
|  | PMB | review emails re: status of disposition of scrap, Metal Management and Glenn's claim to proceeds (.10); prepare additional emails re: status of Metal Management claim (.10); review Warren Marwedel's request for additional documentation for canal barge and purchase of 201 (.10); prepare letter to | 0.60 $375.00 | $225.00 |

Holly Marine Towing  
April 28, 2008  
Invoice No. 11439  
Page 3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | Metal Management re: Holly Marine propellers (.20); email exchanges re: 201 documentation delivery (.10) |  |  |
| 3/10/2008 | SH | completed organizing and reviewing documents related to sale (2.0) | 2.00<br>$75.00 | $150.00 |
| 3/11/2008 | SH | prepare listing of items organized in boxes from clients to be delivered to buyers (1.0) | 1.00<br>$75.00 | $75.00 |
|  | CYS | email exchange with Warren Marwedel and Holly re: additional documents for HMT 201 requested (.10); email exchange with SH re: same (.10); left message with Terry Doyle from Calumet River Fleeting re: documents requested (.10) | 0.30<br>$175.00 | $52.50 |
|  | PMB | office conference with CYS re: locating documentation for 201 (.10) | 0.10<br>$375.00 | $37.50 |
| 3/12/2008 | CYS | office conference with SH re: sending documents to purchasers of vessels (.10); office conference with SH re: certificates of title for vehicles sold to Calumet River Fleeting (.10) | 0.20<br>$175.00 | $35.00 |
|  | SH | search through client documents for original titles of vehicles (.60); telephone conference with Secretary of State re: requirements for obtaining duplicate titles and release of lien on Venture (.40); obtain duplicate title applications from Secretary of State (1.0); revise list of items to be delivered to buyers (.50) | 2.50<br>$75.00 | $187.50 |
| 3/13/2008 | CYS | office conference with SH re: status of obtaining certificates of title for vehicles sold (.10) | 0.10<br>$175.00 | $17.50 |
|  | SH | prepare duplicate title applications for vehicles (.50); prepare letter for release of lien for Holly's signature (.40); obtain signatures and explain procedure to client (.30) | 1.20<br>$75.00 | $90.00 |
|  | PMB | review draft accounting of fees and expenses due GPC and forward to various parties and conferences with various parties re: reduction in fees (.40); review analysis of GCP's fees and expenses and impact on settlement (.10); review Jeff's email re: status of adequate protection payments and terms re: Hendricks' deal (.10); review Chad's email re: excluded assets (.10); email to Geoff Goodman and Mike Small re: sale issues (.10); email Terry Hall re: termination of ACBL contract (.10) | 0.90<br>$375.00 | $337.50 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/14/2008 | SH | telephone conference with buyers (FH Partners, K&S Maritime, Dubuque barge) re: shipping instructions for documents (.50) | 0.50 $75.00 | $37.50 |
|  | PMB | emails with Holly re: status of ACBL contract inclusion and winding up on accounts (.10); coordination with SH re: delivery of documentation to FH re: Holly Ann (.10) | 0.20 $375.00 | $75.00 |
| 3/17/2008 | PMB | telephone conference with Brian Press re: stipulation on Newt Funds (.30); email exchanges with Terry re: documentation on assets purchased by Calumet River Fleeting and delivery of documents (.30); email to parties re: transcripts from various asset sale hearings re: Hendricks' claim (.10); email to Terry Doyle re: issues on contracts and inclusion of sale (.10); review Terry's email re: status of Emesco contract (.10) | 0.90 $375.00 | $337.50 |
|  | CYS | telephone conference with Terry Doyle re: delivering documents from purchase of vessels and seats from van (.20); office conference with PMB re: his email to Terry re: sale of contracts (.10) | 0.30 $175.00 | $52.50 |
|  | SH | prepare receipt for K&S maritime and assemble documents (.30); prepare sale documents for shipment (.20) | 0.50 $75.00 | $37.50 |
| 3/18/2008 | CYS | reviewed Holly's emails re: unpaid bills to Emesco and ACBL (.20); office conference with PMB re: same (.20); reviewed Terry Doyle's email re: sale of contracts (.10); office conference with PMB re: filing claim against Hendricks Marine (.10); reviewed documents re: same (.20); reviewed PMB's email exchange with Chris Horvay re: claim against Hendricks re: sale (.30); reviewed old emails re: same and negotiation of sale to Hendricks Marine (.70) | 1.80 $175.00 | $315.00 |
|  | SH | prepare documents to be shipped to Newt Marine (.10) | 0.10 $75.00 | $7.50 |
| 3/19/2008 | PMB | email to Terry Hall re: termination of ACBL contract and determination of accounting (.10); review Holly's email re: Glenn's claim to assets and issues relating to documentation on barges (.20) | 0.30 $375.00 | $112.50 |
|  | CYS | telephone conference with Holly re: Glenn's claim that he owns Holly Marine's boat parts and other property and his motion to file third party claim against Newts (.20); telephone conference with Alia Caravelli re: same (.10); telephone conference with Holly re: Warren Marwedel's issues with Canal Barge documents (.20); legal research re: forfeiture of Hendricks' bid deposit (.60) | 1.10 $175.00 | $192.50 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/21/2008 | PMB | review issues on Glenn's motion claiming ownership of assets (.10); emails and conferences with Holly re: status of Glenn's claim to property and interference with Holly Marine's attempt to scrap various assets (.20) | 0.30<br>$375.00 | $112.50 |
| 3/22/2008 | PMB | emails with Holly re: status of conversion and open issues on accounting and closure plans (.10) | 0.10<br>$375.00 | $37.50 |
| 3/24/2008 | PMB | review proposed stipulation on Newt Marine proceeds and reserve (.40) | 0.40<br>$375.00 | $150.00 |
| | CYS | office conference with PMB re: status of Army Corps contract and stipulation re: amounts reserved from Newt sale proceeds (.20); prepared stipulation re: distribution of amounts reserved from Newt sale proceeds (.50); reviewed and revised same (.50); telephone conference with Holly re: Army Corps job (.10); reviewed and revised summary of professional fees and carve-outs (.20); emailed parties re: stipulation (.10) | 1.60<br>$175.00 | $280.00 |
| 3/25/2008 | PMB | review emails re: Army Corp. project and other issues relating to determination of net proceeds from contract (.20) | 0.30<br>$375.00 | $112.50 |
| | **Subtotal** | | **26.70** | **$5,340.00** |

**Bankruptcy - Administration**

| | | | | |
|---|---|---|---:|---:|
| 3/3/2008 | PMB | telephone conferences with Detective re: status of on-going theft investigation (.20) | 0.20<br>$375.00 | $75.00 |
| 3/4/2008 | PMB | telephone conference with Jod DiRago re: status of committee plan (.60); telephone conference with Geoff Goodman re: status of conversion and contract issues (.40) | 1.00<br>$375.00 | $375.00 |
| 3/5/2008 | CYS | legal research re: carve-outs from secured collateral and results of administrative insolvency (.50) | 0.50<br>$175.00 | $87.50 |
| | PMB | telephone conference with Katy Gleason re: status of case and prognosis (.30); telephone conference with Geoff Goodman re: overview of case wind down and status (.30); telephone conference with Holly re: status of liquidation (.10); follow-up telephone conference with Geoff Goodman re: status of conversion and funding analysis (.30); telephone conference with Holly re: status of Army Corps. contract and issues relating to conversion of case (.40); telephone conference with Katy Gleason re: issues re: conversion and status (.60) | 2.00<br>$375.00 | $750.00 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | | Hours | Amount |
| 3/6/2008 | PMB | email to Katy Gleason re: update (.10); emails to Sven Nylen re: report of conferences with various parties in interest and status of committee plan (.20); review draft plan and forward to CYS for detailed review (.10); emails to Holly re: follow-up on mail and abandoned assets (.10) | 0.50<br>$375.00 | $187.50 |
| | CYS | telephone conference with Holly re: problems with mail not being forwarded and computer issues (.20); telephone conference with John Schlossberg re: new address for Holly Marine (.10); telephone conference with Holly re: same, payment not yet received from Emesco and completion of Army Corp. contract (.10); telephone conference with PMB re: scheduling meeting with Holly, collection efforts and company's Internet problems (.10); reviewed old accounts receivable reports (.30); reviewed Holly's correspondence to Simon Beemsterboer re: amounts owed (.10) | 0.90<br>$175.00 | $157.50 |
| 3/7/2008 | CYS | telephone conference with Holly, Rudy and Rick Ralphson re: property left at 9320 S. Ewing (5 tons of steel, propellers, engines from the Holly, Margaret Ann parts) and Glenn's plan to sell property to John Selvick (.20); telephone conference with PMB re: same (.20); reviewed correspondence to George at Metal Management re: propellers to be scrapped (.10); left voicemail with George re: status of propellers (.10); telephone conference with David Sachs re: discussions between Newts and Glenn Dawson re: property left at dock (.10); email exchange with Holly re: property left at dock (.20); reviewed committee's draft of plan and disclosure statement (.60); telephone conference with PMB re: same (.10); email exchange with Holly re: scheduling meeting for next week and matters to be discussed (.20); left message with Detective Dudley re: Glenn's police report about Holly Marine property being scrapped (.10) | 1.90<br>$175.00 | $332.50 |
| 3/10/2008 | CYS | reviewed ABI articles re: carve-outs from secured collateral and disgorgement of fees (.70); telephone conference with PMB re: Brian Press' agreement to continue motion for trustee (.10); telephone conference with Karen Jacobs re: PMB's plan to call in for tomorrow's hearing (.10) N/C; emailed PMB re: same (.10) N/C; telephone conference with PMB re: continued use of cash collateral and collection of accounts receivable (.10) | 0.90<br>$175.00 | $157.50 |
| 3/11/2008 | CYS | telephone conference with Sven Nylen re: continuation of trustee motion and IRS's revised tax claim (.10); telephone conference with Chad Gettleman re: same - he plans to pursue trustee motion (.20); telephone conference with PMB re: same (.20); telephone conference with Holly re: same and status of Army Corps stone job (.10); reviewed Glenn's motion to compel and motion for trustee (.20); attended hearing re: trustee motion and conferences with parties re: same-continued to March 26; we have to report on status of Army Corps contract before then (.70); telephone conference with PMB re: same and filing amended statement of financial | 2.10<br>$175.00 | $367.50 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | affairs (.20); reviewed and revised same (.20); office conference with KAM re: sale of contracts and conversion of case (.20) |  |  |
| 3/11/2008 | PMB | telephone conference with Sven Nylen re: committee plan and general status (.10) | 0.10<br>$375.00 | $37.50 |
| 3/12/2008 | PMB | telephone conference with Detective re: status of theft investigation (.70) | 0.70<br>$375.00 | $262.50 |
|  | CYS | office conference with KAM and PMB re: case status (.20); telephone conference with Sven Nylen, Joe DiRago and PMB re: committee's plan to file Chapter 11 plan (.20); office conference with PMB re: revising statement of financial affairs and schedule with Barneycorp claim (.10); prepared amended statement of financial affairs (.20) | 0.70<br>$175.00 | $122.50 |
| 3/13/2008 | CYS | office conference with PMB re: case, tax liability, adversaries (.20); office conference with Holly, Rudy and PMB re: case and accounts receivable (2.0); reviewed and revised motion for administrative claim bar date (.50); office conference with PMB re: same (.10); reviewed new documents received re: accounts receivable and Army Corps job (.20) | 3.00<br>$175.00 | $525.00 |
|  | PMB | prepare email to Chad re: Holly's position on settlement (.10) | 0.10<br>$375.00 | $37.50 |
| 3/14/2008 | CYS | summarized payments made to IRS and FH Partners re: unpaid portions of claims (.30); office conference with PMB re: same and accounts receivable (.20); reviewed box of financial documents received from Holly Marine (.50) | 1.00<br>$175.00 | $175.00 |
| 3/15/2008 | PMB | review motion for order approving adequacy of disclosure statement (.10) | 0.10<br>$375.00 | $37.50 |
| 3/17/2008 | CYS | email exchange with Holly re: case status (.20); reviewed Holly's notes to Cynthia Feeley re: issues with Fifth Third Bank and Glenn (.10) | 0.30<br>$175.00 | $52.50 |
|  | PMB | review Holly's email and conference with CYS re: status and preparation for conversion and/or plan (.20); telephone conference with K. Frost re: status of various investigations and coordination with government authorities (.40) | 0.60<br>$375.00 | $225.00 |
| 3/18/2008 | PMB | emails with Holly re: final billing and accounting information, status of collection of open accounts and termination of various executory contracts (.30); emails with Holly re: additional claims against Emesco for partial barge removal (.10) | 0.40<br>$375.00 | $150.00 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | | Hours | Amount |
| 3/19/2008 | CYS | email exchange with Holly re: case status and mail not received (.20); emailed Chad Gettleman re: forwarding Holly Marine's mail to our office (.10); reviewed Amended Schedule F (.10); filed same (.10) | 0.50 $175.00 | $87.50 |
| 3/20/2008 | PMB | email exchanges with Holly re: ACBL balances (.20); telephone conference with Geoff Goodman re: status of conversion and related issues (.50); telephone conference with Katy Gleason re: status of plan and conversion (.20); email exchanges with Holly re: status of accounts collection and related concerns (.20); emails with Holly re: status of Army Corp. contract and analysis of profitability (.10) | 1.20 $375.00 | $450.00 |
| 3/21/2008 | PMB | emails from Geoff Goodman re: status of conversion (.10) | 0.10 $375.00 | $37.50 |
| | CYS | email exchange with Holly re: status of Army Corps contract and Temesco contract and Glenn Dawson's plan to file claim against Newt Marine (.20); office conference with PMB re: same (.20); reviewed Glenn's motion for leave to file third-party complaint against Newt - he claims that Holly Marine's property is his (.20) | 0.60 $175.00 | $105.00 |
| 3/24/2008 | PMB | emails with Holly re: status of Army Corp. project analysis and conversion strategy (.20); telephone conference with David Ford re: status of conversion and payment of fees (.10) | 0.30 $375.00 | $112.50 |
| 3/25/2008 | PMB | email to Holly re: outstanding information on billing and preparation for hearing (.10) | 0.10 $375.00 | $37.50 |
| | CYS | email exchange with Holly and PMB re: status of Army Corp job, conversion of case, cash on hand and accounts receivable (.10); telephone conference with Joe DiRago re: plan for tomorrow's hearing (.10); reviewed new documents received re: February and March operating reports, Army Corps contract and taxes (.40); telephone conference with Holly re: status of Army Corp job and tomorrow's hearing (.20); reviewed pleadings re: trustee motions for tomorrow's hearing (.20) | 1.00 $175.00 | $175.00 |
| 3/26/2008 | CYS | telephone conference with Holly re: status of Army Corps job and case (.20); attended hearing on trustee motions (.60); telephone conference with Holly re: same (.10); telephone conference with David Ford and PMB re: payment of General Capital's fees (.20); reviewed and revised summary of payments to secured creditors and professional fees (.20); emailed Brian Press and Michael Small re: same (.10); office conference with PMB re: trustee appointment (.10); legal research re: required filings after conversion of case (.20); prepared documents for production to trustee (.50) | 2.20 $175.00 | $385.00 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/26/2008 | PMB | attend hearing on conversion (.60); follow-up conferences with parties re: effect of conversion and status (.30) | 0.90<br>$375.00 | $337.50 |
|  | PMB | review and analysis summary of payments and fees re: preparation of new stipulation and determination of reserves (.60) | 0.60<br>$375.00 | $225.00 |
|  | **Subtotal** |  | **24.50** | **$6,067.50** |

### Barney Corp./Dawson

| 3/1/2008 | PMB | email and conference with Holly re: surrender of premises (.20); emails with Holly re: status of turnover of property (.10) | 0.30<br>$375.00 | $112.50 |
|---|---|---|---:|---:|
| 3/5/2008 | CYS | email exchange with Holly re: her request for copies of two versions of property lease (.10) | 0.10<br>$175.00 | $17.50 |
| 3/10/2008 | CYS | reviewed Glenn's police report re: Holly Marine's parts he claims are his (.10); telephone conference with Detective Dudley from Chicago Police Department re: police report filed by Glenn and propellers being held by Metal Management (.20); email exchange with Holly and PMB re: same and request for check instead of return of parts from Metal Management (.20); telephone conference with George Malamis from Metal Management re: same - he wants proof of ownership of parts before paying Holly Marine (.20); telephone conference with PMB re: asking Glenn's attorneys for information re: property Glenn claims is his (.10); left voicemail with Chad Gettleman re: property issues (.10); faxed Holly Ann certificate and sale order to George Malamis (.10) | 1.00<br>$175.00 | $175.00 |
| 3/11/2008 | CYS | telephone conference with Chad Gettleman re: Metal Management's holding of Holly Marine's parts and Glenn's claim of ownership (.10) | 0.10<br>$175.00 | $17.50 |
| 3/12/2008 | CYS | office conference with PMB re: filing responses to Glenn Dawson's motion for trustee and motion to compel (.10) | 0.10<br>$175.00 | $17.50 |
|  | **Subtotal** |  | **1.60** | **$340.00** |

### Cash Collateral-Operating Reports

| 3/3/2008 | CYS | telephone conference with Holly re: March budget; continued employment of certain employees (.20); emailed Holly re: signature for January operating report (.10); reviewed and revised exhibits for same to prepare for filing (.50) | 0.80<br>$175.00 | $140.00 |
|---|---|---|---:|---:|

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/4/2008 | CYS | telephone conference with Jod DiRago and PMB re: bank account balances and accounts receivable report (.10); reviewed old documents re: same (.30) | 0.40<br>$175.00 | $70.00 |
|  | CYS | filed January operating report (.10); emailed U.S. Trustee's office re: same (.10) | 0.20<br>$175.00 | $35.00 |
|  | PMB | final review of Holly Marine operating report for January (.20) | 0.20<br>$375.00 | $75.00 |
| 3/6/2008 | CYS | reviewed and revised February operating report (.50) | 0.50<br>$175.00 | $87.50 |
| 3/7/2008 | CYS | reviewed February invoices received from Holly (.20) | 0.20<br>$175.00 | $35.00 |
| 3/12/2008 | CYS | reviewed and revised February operating report (.20); prepared February verification of tax deposit (.20); emailed Holly and John re: completing February operating report (.10) | 0.50<br>$175.00 | $87.50 |
| 3/24/2008 | CYS | reviewed and revised February operating report (.20) | 0.20<br>$175.00 | $35.00 |
| 3/25/2008 | SH | scan client documents into system (.50) | 0.50<br>$75.00 | $37.50 |
|  | PMB | review Holly Marine's February report (.10) | 0.10<br>$375.00 | $37.50 |
|  | CYS | reviewed and finalized February operating report (.70); prepared exhibits re: same (.30); office conference with PMB re: same (.10); filed same (.10) | 1.20<br>$175.00 | $210.00 |
| 3/26/2008 | CYS | reviewed and revised March operating report (.30) | 0.30<br>$175.00 | $52.50 |
|  | **Subtotal** |  | **5.10** | **$902.50** |

**Fee Applications**

| 3/3/2008 | CYS | office conference with PMB re: revisions to fee application (.20) | 0.20<br>$175.00 | $35.00 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 11

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/4/2008 | CYS | office conference with PMB re: amending fee application (.20); reviewed and revised same (.60) | 0.80 $175.00 | $140.00 |
| 3/6/2008 | CYS | reviewed and revised Bauch & Michaels' fee application (.50); telephone conference with PMB re: same and hearing date (.10); telephone conference with David Ford re: filing General Capital Partners' fee application and his plan to attend hearing (.20); prepared same and exhibits for filing (.20); filed same (.10); email exchange with Jo DiRago re: mailing notice of Scouler's fee application (.10); telephone conference with PMB re Scouler's fee application and revisions to Bauch & Michaels' fee application and (.20); prepared Bauch & Michaels' fee application for filing (.10); filed same (.10); emailed parties re: same and hearing (.10) | 1.70 $175.00 | $297.50 |
| | PMB | review various notices and office conference with CYS re: service of notices (.10) | 0.10 $375.00 | $37.50 |
| 3/7/2008 | SH | deliver fee application to judge's chambers (.40) | 0.40 $75.00 | $30.00 |
| 3/10/2008 | CYS | emailed Paul Koutek, Bill Ryan and Warren Marwedel re: their fee applications (.10) | 0.10 $175.00 | $17.50 |
| 3/11/2008 | PMB | office conference with CYS and instructions re: special marine counsel re: final fee application (.10) | 0.10 $375.00 | $37.50 |
| | CYS | reviewed Marwedel, Minichello & Reeb's invoice (.10); email exchange with Warren Marwedel re: his fees and amending affidavit in support of his firm's retention (.10) | 0.20 $175.00 | $35.00 |
| 3/19/2008 | PMB | office conference with CYS and review MMR's final fee application (.10) | 0.10 $375.00 | $37.50 |
| | CYS | reviewed and revised Marwedel, Minichello & Reeb's fee application (.30); emailed Warren Marwedel re: same (.20) | 0.50 $175.00 | $87.50 |
| 3/24/2008 | PMB | conference with David Ford re: issues on General Capital Partners' fee application (.10) | 0.10 $375.00 | $37.50 |
| 3/26/2008 | CYS | attend hearing on fee applications (.40) | 0.40 $175.00 | $70.00 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page  12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/26/2008 PMB | prepare for and attend hearing on fee applications, conversion and general status (1.80); follow-up conference with David Ford re: status of fee application and payment (.30); emails with David Ford re: approval of fees and disbursal to General Capital Partners (.20) | | 2.30<br>$375.00 | $862.50 |
| | **Subtotal** | | **7.00** | **$1,725.00** |
| | **Holly Marine v. Glenn Dawson-UCO Matter-ADV 07-1031** | | | |
| 3/3/2008 PMB | review motion for extension of time (.10) | | 0.10<br>$375.00 | $37.50 |
| | **Subtotal** | | **0.10** | **$37.50** |
| | **Holly Marine v. Glenn Dawson-fraudulent transfer** | | | |
| 3/3/2008 PMB | review motion for extension of time (.10) | | 0.10<br>$375.00 | $37.50 |
| 3/7/2008 CYS | legal research re: obtaining pre-judgment attachment (1.00); office conference with SH re: new documents received from Holly re: payments to Richard Dawson (.10) | | 1.10<br>$175.00 | $192.50 |
| 3/12/2008 CYS | telephone conference with Steve Chaiken re: next week's status hearing being rescheduled to April 16 (.10); legal research re: pre-judgment attachment (.80); office conference with KAM re: same (.10) | | 1.00<br>$175.00 | $175.00 |
| 3/13/2008 CYS | reviewed old correspondence re: amounts Glenn claims are owed to him, settlement of claim and transfers to Glenn (.60); reviewed documents re: checks cashed and scrapping of CMS barge (.20) | | 0.80<br>$175.00 | $140.00 |
| 3/21/2008 CYS | legal research re: preliminary injunction and prejudgment attachment (.70); reviewed documents produced-not yet scanned (.50) | | 1.20<br>$175.00 | $210.00 |
| 3/24/2008 PMB | telephone conference with Henry re: conversion and adversary issues (.20); email to Geoff Goodman, Brian Press and Michael Small re: possible settlement of fraudulent transfer claims (.30) | | 0.50<br>$375.00 | $187.50 |
| 3/25/2008 CYS | office conference with PMB re: possible settlement (.10) | | 0.10<br>$175.00 | $17.50 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 13

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  | **Subtotal** |  | 4.80 | $960.00 |
|  | **Holly Marine v. Lafarge** |  |  |  |
| 3/6/2008 PMB | review email and draft of Lafarge proceed stipulation (.10); review emails to Brian Press re: IRS comments on stipulation (.10) |  | 0.20 $375.00 | $75.00 |
| CYS | telephone conference with Geoff Goodman re: preparing stipulation for distribution of Lafarge settlement proceeds (.20); drafted same (.30); email exchange with Geoff re: same (.10) |  | 0.60 $175.00 | $105.00 |
| 3/7/2008 CYS | reviewed Geoff Goodman's revisions to stipulation re: disbursement of Lafarge settlement proceeds (.10); emailed Brian Press re: same (.10) |  | 0.20 $175.00 | $35.00 |
| 3/10/2008 CYS | reviewed PMB's changes to stipulation re: Lafarge settlement proceeds (.10); telephone conference with PMB re: same (.20); reviewed and revised stipulation (.30); emailed Geoff Goodman and Brian Press re: updated stipulation for distribution of Lafarge proceeds (.10) |  | 0.70 $175.00 | $122.50 |
| PMB | review revised Lafarge stipulation (.10) |  | 0.10 $375.00 | $37.50 |
| 3/12/2008 CYS | email exchange with Geoff Goodman and PMB re: stipulation for distribution of Lafarge settlement proceeds (.10) |  | 0.10 $175.00 | $17.50 |
| PMB | attention to Lafarge stipulation (.20) |  | 0.20 $375.00 | $75.00 |
| 3/17/2008 PMB | attention to Lafarge stipulation and follow-up (.10) |  | 0.10 $375.00 | $37.50 |
| CYS | filed stipulation re: distribution of settlement proceeds from Lafarge (.10); drafted letter to Jeff Coupe re: delivery of check to BH Partners (.10); emailed Geoff Goodman and Jeff Coupe re: same (.10) |  | 0.30 $175.00 | $52.50 |
|  | **Subtotal** |  | 2.50 | $557.50 |
|  | **Holly Marine v. US Steel** |  |  |  |
| 3/3/2008 CYS | email exchange with Holly re: depositions scheduled for next week (.10); reviewed outstanding discovery requests to U.S. Steel (.20) |  | 0.30 $175.00 | $52.50 |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 14

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/4/2008 | PMB | conferences with CYS re: coverage of depositions (.10) | 0.10<br>$375.00 | $37.50 |
|  | CYS | left voicemail with Ken Apicella re: rescheduling depositions on March 11 to 11:30 because of 10:30 hearing (.10); email exchange with Ken re: same (.10) | 0.20<br>$175.00 | $35.00 |
| 3/6/2008 | CYS | reviewed client documents re: claim (.50); telephone conference with PMB re: Holly and Rudy's depositions next week (.10) | 0.60<br>$175.00 | $105.00 |
| 3/7/2008 | CYS | telephone conference with PMB re: unpaid invoices for barge shifts and depositions (.10); emailed Ken Apicella re: U.S. Steel's failure to respond to document requests (.10) | 0.20<br>$175.00 | $35.00 |
| 3/10/2008 | CYS | email exchange with Holly re: tomorrow's depositions and documents to review for same (.10) | 0.10<br>$175.00 | $17.50 |
|  | PMB | review CYS email and conference re: preparation for depositions (.10) | 0.10<br>$375.00 | $37.50 |
| 3/11/2008 | CYS | attended deposition of Holly (1.20); attended deposition of Rudy (.40); office conference with Ken Apicella re: case status, date of 30(b)(6) deposition and response to our document requests (.10); office conference with Holly and Rudy re: same (.10); telephone conference with PMB re: same (.10) | 1.90<br>$175.00 | $332.50 |
| 3/12/2008 | CYS | office conference with PMB and KAM re: depositions of Holly and Rudy and proceeding with case (.20); reviewed notes re: same and pilot logs in support of unpaid invoices (.40) | 0.60<br>$175.00 | $105.00 |
| 3/19/2008 | CYS | emailed Ken Apicella re: status of document production and whether he has a deposition date (.10); reviewed correspondence and time sheets re: case in preparation for motion to compel (.50) | 0.60<br>$175.00 | $105.00 |
| 3/25/2008 | CYS | emailed Ken Apicella re: 30(b)(6) deposition, document production and Rule 7007.1 statement (.10) | 0.10<br>$175.00 | $17.50 |
| **Subtotal** |  |  | **4.80** | **$880.00** |

Holly Marine Towing
April 28, 2008
Invoice No. 11439
Page 15

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  | **Mt. Carmel v. Holly Marine** |  |  |  |
| 3/4/2008 | PMB | review Mt. Carmel's reply to debtor's response re: motion for admin expense and conference with CYS re: same (.10) | 0.10<br>$375.00 | $37.50 |
|  | CYS | reviewed Mt. Carmel's reply in support of administrative expense claim (.10); legal research re: same (1.0) | 1.10<br>$175.00 | $192.50 |
| 3/10/2008 | CYS | telephone conference with PMB re Mt. Carmel's reply in support of motion for payment of administrative expense and filing surreply (.10); prepared initial draft of surreply (.30) | 0.40<br>$175.00 | $70.00 |
| 3/12/2008 | CYS | reviewed and revised surresponse to Mt. Carmel's administrative expense motion (.20); office conference with PMB re: same (.20); prepared same for filing (.10); filed and served same (.10) | 0.60<br>$175.00 | $105.00 |
|  | PMB | office conference with CYS re surrresponse to Mt. Carmel's motion for administrative expense and analysis of 7th circuit case (.20) | 0.20<br>$375.00 | $75.00 |
| 3/17/2008 | CYS | reviewed pleadings for tomorrow's hearing on Mt. Carmel's administrative expense claim (.20) | 0.20<br>$175.00 | $35.00 |
| 3/18/2008 | CYS | office conference with PMB re Mt. Carmel's administrative expense claim (.10); telephone conference with Jo DiRago re: same (.10); attended hearing re: same-our sur-response was stricken, and Judge Sonderby will issue oral ruling (.50); office conference with PMB re: same (.10) | 0.80<br>$175.00 | $140.00 |
|  | **Subtotal** |  | **3.40** | **$655.00** |
|  | **Tax Matters** |  |  |  |
| 3/3/2008 | CYS | telephone conference with Holly re: paying penalty for late tax payments (.10); reviewed and revised January verification of tax deposit (.30) | 0.40<br>$175.00 | $70.00 |
|  | PMB | office conference with CYS and coordination of funding of IRS penalty (.10) | 0.10<br>$375.00 | $37.50 |
| 3/7/2008 | PMB | review IRS tax claim (.10); review IRS tax liens re: coordination (.10) | 0.20<br>$375.00 | $75.00 |

Holly Marine Towing  
April 28, 2008  
Invoice No. 11439  
Page 16

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/7/2008 | CYS | mailed IRS penalty payment (.10); research re: state and federal tax liens filed (.30); reviewed letter from IRS re: total liability (.10); emailed PMB re: same and tax liens (.10); telephone conference with Holly re: payment of IRS penalty (.10) | 0.70 $175.00 | $122.50 |
| 3/11/2008 | CYS | reviewed IRS's tax claims and amended proof of claim (.10) | 0.10 $175.00 | $17.50 |
| 3/17/2008 | PMB | confirm IRS execution of stipulation and arrange for transfer of funds under Lafarge stipulation (.10) | 0.10 $375.00 | $37.50 |
| 3/18/2008 | CYS | legal research re: responsible person's liability for 941 taxes under section 6672 re: recovery from Glenn Dawson | 0.50 $175.00 | $87.50 |
| 3/19/2008 | CYS | reviewed tax returns, liens and new summary from IRS re: amount of outstanding claim (.60) | 0.60 $175.00 | $105.00 |
| 3/24/2008 | CYS | prepared March confirmation of tax deposits (.30) | 0.30 $175.00 | $52.50 |

**Subtotal**      **3.00**    **$605.00**

For professional services rendered      83.50    $18,070.00

Costs

**Asset Sales**

| | | |
|---|---|---|
| 2/12/2008 | Teleconference Fee 1,204 minutes | 181.00 |
| 3/5/2008 | Wire transfer fees (1) | 22.00 |
| 3/17/2008 | Federal Express Delivery to:John Kindra | 16.48 |
| | Federal Express Delivery to:Jeffrey R. Coupe | 22.81 |
| 3/19/2008 | Federal Express Delivery to:FH Partners, LP | 48.23 |
| | Federal Express Delivery to:Carter Newt | 29.09 |

**Subtotal**      **319.61**

**Bankruptcy - Administration**

| | | |
|---|---|---|
| 3/7/2008 | Certified Mail to: IRS | 5.21 |
| 3/19/2008 | Filing Fee for Amended Schedule F | 26.00 |

Holly Marine Towing  
April 28, 2008  
Invoice No. 11439  
Page 17

|  | Amount |
|---|---:|
| **Subtotal** | **31.21** |

**Holly Marine v. Glenn Dawson-fraudulent transfer**

| | |
|---|---:|
| 3/26/2008 Porter County Recorder: fee for lis pendens (2) | 28.00 |
| **Subtotal** | **28.00** |
| Total costs | $378.82 |
| Total amount of this bill | $18,448.82 |
| Previous balance | $233,945.12 |
| **Balance due** | **$252,393.94** |

Please remit total due upon receipt of this statement.

Charges are over 30 days past due.  Please remit total balance due immediately.

Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| Sonserese Hatch | 11.60 | 75.00 |
| Kenneth A. Michaels Jr. | 0.90 | 350.00 |
| Paul M. Bauch | 22.30 | 375.00 |
| Carolina Y. Sales | 48.70 | 175.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---:|---:|---:|---:|---:|
| 18,448.82 | 233,945.12 | 0.00 | 0.00 | 0.00 |