# Exhibit L (Litigation)

Bell, Boyd & Lloyd LLP

```
Invoice Number      241094
Invoice Date      01/30/08
Client Number     0119036
Page Number            20
```

Re: (00015) **Litigation**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 12/18/07 | STN | Draft objection to Glenn Dawson's unilateral motion to approve global settlement (3.0); telephone conference with Harley Goldstein and Jim Morgan regarding same and preparation for contested sale hearing in event of settlement discussion break-down (0.8) | 3.80 | 1,045.00 |
| 12/18/07 | JBD | Strategy conference with Sven Nylen regarding research into settlement objection issues (0.2); legal research regarding sale and settlement objection issues (3.0); review and revise objection to settlement (0.4) | 3.60 | 900.00 |

TOTAL HOURS   7.40

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JBD | Joseph B. DiRago | 3.60 | at | $250 | = | $900.00 |
| STN | Sven T. Nylen | 3.80 | at | $275 | = | $1,045.00 |

CURRENT FEES   $1,945.00

TOTAL THIS MATTER   $1,945.00

**TOTAL AMOUNT OF THIS INVOICE**   $32,221.67

```
                                             Invoice Number      245001
                                             Invoice Date      03/27/08
                                             Client Number      0119036
                                             Page Number            20
```

Re: (00015) **Litigation**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/08:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 01/09/08 | STN | Attend hearing on motion to appoint trustee, including numerous hallway discussions with parties in interest (1.0) | 1.00 | 325.00 |
| 01/14/08 | JM2 | Review status and strategy (0.4); prepare for hearing on motion to appoint trustee (0.8) | 1.20 | 600.00 |
| 01/15/08 | JM2 | Review correspondence regarding recent events (0.3); evaluate strategy in light of same (0.4); evaluate opposition to motion for a trustee (0.3) | 1.00 | 500.00 |
| 01/16/08 | STN | Prepare for and attend hearing on Dawson's motion to appoint a trustee and motion to turnover possession of property (1.7); follow-up conference with Jim Morgan regarding objection to turnover motion (0.1); strategy conferences with Joe DiRago regarding same (0.5) | 2.30 | 747.50 |
| 01/16/08 | JM2 | Prepare for and attend hearing regarding status and trustee motion (1.7) | 1.70 | 850.00 |
| 01/16/08 | HJG | Review relevant authority regarding property turnover motion (0.2) | 0.20 | 101.00 |
| 01/16/08 | JDH | Strategy conference with Joe DiRago regarding holdover commercial tenants (0.1); legal research regarding the same (0.9) | 1.00 | 250.00 |
| 01/16/08 | JBD | Research regarding 365(d)(4), waiver thereof and tenancy issues under Illinois law (3.1) | 3.10 | 930.00 |
| 01/17/08 | JDH | Strategy conference with Sven Nylen regarding eviction research (0.1); legal research regarding the same (1.8) | 1.90 | 475.00 |

```
                                                              Boyd & Lloyd LLP
0119036    Holly Marine Creditors' Committee        Invoice Number  245001
00015      Litigation                               Page 21
03/27/08
```

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 01/17/08 | STN | Legal research in connection with analyzing potential objection to Dawson's motion to turnover property (6.0); conferences with Jim Morgan regarding same (0.3) | 6.30 | 2,047.50 |
| 01/17/08 | HJG | Review e-mail correspondence from Chad Gettleman (counsel to Glenn Dawson) regarding proposed property surrender order (0.1) | 0.10 | 50.50 |
| 01/17/08 | JM2 | Review various correspondences from parties' counsel and proposed property surrender order (0.6); analyze research regarding teancy issues (1.7) | 2.30 | 1,150.00 |
| 01/17/08 | JBD | Research regarding 365(d)(4) issues and rejection of lease (2.6); draft objection to Glenn Dawson's surrender motion (0.4); multiple e-mail correspondence with counsel for Glenn Dawson regarding surrender motion (0.2) | 3.20 | 960.00 |
| 01/18/08 | JM2 | Prepare for and attend hearing on property turnover motion and other matters (1.1); contemplate next steps (0.4) | 1.50 | 750.00 |
| 01/18/08 | STN | Strategy conference with Jim Morgan regarding hearing on property surrender and other matters (0.3); prepare for and attend same (1.0); telephone conference with Jennifer Shaw regarding same (0.5); analyze plan options in light of same and loss of property (3.0) | 4.80 | 1,560.00 |
| 01/28/08 | JBD | Prepare for hearings tomorrow regarding Glenn Dawson adversary prceedings, cash collateral and Joseph Dawson lift stay motion (0.3); telephone conference with Debtor's counsel regarding same (0.2) | 0.50 | 150.00 |
| 01/29/08 | JBD | Prepare for and attend hearings on Glenn Dawson adversary proceedings, Joseph Dawson lift stay motion, and cash collateral order (1.3); e-mail correspondence to Sven Nylen regarding same (0.1) | 1.40 | 420.00 |

```
0119036   Holly Marine Creditors' Committee          Boyd & Lloyd LLP
 00015    Litigation                                 Invoice Number   245001
03/27/08                                             Page 22
```

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 01/29/08 | STN | Review U.S. Trustee's motion to dismiss bankruptcy case (0.1) | 0.10 | 32.50 |
| | | TOTAL HOURS | 33.60 | |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JBD | Joseph B. DiRago | 8.20 | at | $300 | = | $2,460.00 |
| HJG | Harley J. Goldstein | 0.30 | at | $505 | = | $151.50 |
| JDH | Jeff Heller | 2.90 | at | $250 | = | $725.00 |
| JM2 | James E. Morgan | 7.70 | at | $500 | = | $3,850.00 |
| STN | Sven T. Nylen | 14.50 | at | $325 | = | $4,712.50 |

```
          CURRENT FEES                                    $11,899.00


          TOTAL THIS MATTER                               $11,899.00
```

**TOTAL AMOUNT OF THIS INVOICE**          $62,589.79

Bell, Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 247579 |
| Invoice Date | 05/09/08 |
| Client Number | 0119036 |
| Page Number | 12 |

Re: (00015) **Litigation**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/08:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 02/13/08 | STN | Review Holly's response to U.S. Trustee's motion to convert (0.2) | 0.20 | 65.00 |

|  |  |  | TOTAL HOURS | 0.20 |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | Value |
|---|---|---|---|---|---|
| STN | Sven T. Nylen | 0.20 | at | $325 = | $65.00 |

| | |
|---|---|
| CURRENT FEES | $65.00 |
| TOTAL THIS MATTER | $65.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | **$17,434.20** |

```
                                           Invoice Number    249301
                                           Invoice Date      05/30/08
                                           Client Number     0119036
                                           Page Number            14
```

Re: (00015) **Litigation**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/26/08:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 03/20/08 | HJG | Return telephone call to Hank Merens (counsel to Glenn Dawson) (0.1) | 0.10 | 50.50 |
| 03/24/08 | HJG | Return telephone calls to Hank Merens (counsel to Glenn Dawson) (0.1); strategy conference with Sven Nylen regarding negotiations with parties and exit (0.2) | 0.30 | 151.50 |
| 03/25/08 | HJG | E-mail correspondence with Sven Nylen regarding matters for tomorrow's hearing (0.1); prepare for bankruptcy court hearing (including review of materials for hearing and preparation of argument)(1.8) | 1.90 | 959.50 |
| 03/26/08 | HJG | Multiple e-mail correspondence and strategy conferences with Sven Nylen regarding issues for hearing and related strategy (0.4); check calendar of matters for hearing on internet (0.2); finish preparing for and attend bankruptcy court hearing (discussions with parties and preparation of orders in courthouse) (3.2) | 3.80 | 1,919.00 |
| 03/26/08 | STN | E-mail correspondence with Harley Goldstein regarding hearing issues (0.1); strategy conference with Harley Goldstein regarding hearing on disclosure statement and conversion motion (0.3); prepare argument materials in connection with same (0.9) | 1.30 | 422.50 |

                                           TOTAL HOURS    7.40

```
Case 07-00266   Doc 529-12   Filed 08/12/08   Entered 08/12/08 17:50:06   Desc
                  Exhibit L     Page 8 of 8
```

Bell, Boyd & Lloyd LLP

0119036  Holly Marine Creditors' Committee          Invoice Number  249301
 00015   Litigation                                 Page 15
05/30/08


ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| HJG | Harley J. Goldstein | 6.10 | at | $505 | = | $3,080.50 |
| STN | Sven T. Nylen | 1.30 | at | $325 | = | $422.50 |

                CURRENT FEES                                    $3,503.00

                TOTAL THIS MATTER                               $3,503.00

                        **TOTAL AMOUNT OF THIS INVOICE**        $30,436.40