IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HOLLY MARINE TOWING, INC., | ) | Date of Conversion: 3/26/2008 |
| | ) | |
| Debtor. | ) | Case No. 07 B 00266 |
| | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Courtroom 642 |

### ORDER AUTHORIZING AND DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSES OF BAUCH & MICHAELS, LLC AND MARWEDEL, MINICHELLO & REEB, P.C.

This Cause came on before the Court on the Applications of Bauch & Michaels, LLC ("Bauch & Michaels") and Marwedel, Minichello & Reeb, P.C. ("MMR"), attorneys for Holly Marine Towing, Inc. ("Debtor"), for an order authorizing and directing payment of certain final awards of compensation and expense reimbursements from a Reserve that contains certain proceeds of the sale of the Debtor's assets,

**IT IS HEREBY ORDERED:**

A.   Bauch & Michaels is authorized and directed to pay $49,030.35 from the Reserve to Bauch & Michaels in partial payment of its award of final compensation and expense reimbursements.

B.   Bauch & Michaels is authorized and directed to pay $9,826.88 from the Reserve to MMR in full satisfaction of its award of final compensation and expense reimbursements.

C.   Bauch & Michaels shall continue to hold the balance of the Reserve subject to further order of Court or agreement by the parties.

Dated: August 27, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

9-8-09