# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 07-00266 |
| | ) | |
| HOLLY MARINE TOWING, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | |

## ORDER GRANTING FINAL FEE APPLICATION OF K&L GATES LLP AS LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE

Upon consideration of the *Final Fee Application of K&L Gates LLP as Litigation Counsel to the Chapter 7 Trustee* (the "*Application*");[1] the Court having reviewed the Application; it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that the amounts requested in the Application are reasonable; the Court further finding that the services rendered and expenses incurred by K&L Gates, as described in the Application, were actual and necessary to the administration of, and actually benefited, the Debtor's bankruptcy estate; the Court further finding that due and adequate notice of the Application was provided; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

---

[1]  All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

456583/E/2

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court hereby allows K&L Gates compensation and reimbursement of all amounts requested in the Application as chapter 7 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code, in a total amount of $146,221.45 (which amount reflects the $180 reduction in fees requested and $196.50 in expenses requested in the First Interim Application).

2. The chapter 7 trustee shall hold $24,094.88 owing to K&L Gates on account of the fees and expenses allowed herein in escrow, pending a ruling by the Seventh Circuit Court of Appeals in the Scouler & Company appeal. Upon resolution of such appeal, the chapter 7 trustee shall pay K&L Gates' outstanding fees and expenses allowed as chapter 7 administrative expenses hereunder in accordance with applicable law. Nothing in this Order shall be construed as a waiver of K&L Gates' rights to payment on account of its allowed chapter 7 administrative expenses or arguments related thereto.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _12. 28_, 2011

UNITED STATES BANKRUPTCY JUDGE