**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLLY MARINE TOWING, INC. | § | Case No. 07-00266 TAB |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/18/2013 in Courtroom 613,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/15/2013 By: UNITED STATES BANKRUPTCY COURT
Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLLY MARINE TOWING, INC. | § | Case No. 07-00266 TAB |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,015,843.86 |
| and approved disbursements of | $ | 1,942,739.91 |
| leaving a balance on hand of[1] | $ | 73,103.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | Dept. of the Treasury, Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 1,046,754.54 | $ 1,046,754.54 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013A | Illinois Department of Revenue<br>Bankruptcy Section<br>Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60106 | $ 51,200.00 | $ 51,200.00 | $ 0.00 | $ 0.00 |
| 000015 | FH Partners, L.P.<br>c/o Michael J. Small, Esq./Rebecca Hanso<br>Foley & Lardner LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 60610 | $ 2,526,034.49 | $ 2,526,034.49 | $ 0.00 | $ 0.00 |
| 000022 | First Insurance Funding Corp.<br>450 Skokie Blvd., STE 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 | $ 154,571.62 | $ 154,571.62 | $ 0.00 | $ 0.00 |
| 000031A | IL Dept. of Employment Security<br>Attorney General Section 9th Floor<br>33 S. State Street<br>Chicago, IL 60603 | $ 38,564.49 | $ 38,564.49 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000046A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ 75,938.90 | $ 75,938.90 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 73,103.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 82,223.02 | $ 0.00 | $ 73,103.95 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 311,788.00 | $ 256,887.95 | $ 0.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 13,531.65 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 73,103.95

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: BAUCH & MICHAELS LLC | $ 261,481.44 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses $ 0.00

Remaining Balance $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 788,006.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Dept. of the Treasury, Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 683,006.79 | $ 0.00 | $ 0.00 |
| 000031B | IL Dept. of Employment Security Attorney General Section 9th Floor 33 S. State Street Chicago, IL 60603 | $ 53,673.45 | $ 0.00 | $ 0.00 |
| 000034 | Dept. of the Treasury, Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 38,311.63 | $ 0.00 | $ 0.00 |
| 000046B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ 13,014.89 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,276,531.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Xerox Capital Corporation<br>Xerox Capital Services, LLC<br>Attn: Vanessa Adams<br>P.O. Box 660506<br>Dallas, TX 75266-9937 | $ 356.00 | $ 0.00 | $ 0.00 |
| 000002 | Groban Supply Company Inc<br>9300 South Drexel<br>Chicago, IL 60621 | $ 85.00 | $ 0.00 | $ 0.00 |
| 000003 | Dominic Serpico<br>500 Redondo Dr. #507<br>Downers Grove, IL 60515 | $ 837.50 | $ 0.00 | $ 0.00 |
| 000004 | John J. McMullen & Assoc.<br>1750 Tysons Blvd., STE 1300<br>McLean, VA 22102 | $ 5,522.99 | $ 0.00 | $ 0.00 |
| 000005C | Dept. of the Treasury, Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ 338,039.98 | $ 0.00 | $ 0.00 |
| 000006 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | $ 2,097.64 | $ 0.00 | $ 0.00 |
| 000007 | Philips Brothers Electrical Contractors Inc<br>c/o Shannon M Reily Esquire<br>P O Box 515<br>West Chester PA 19381-0515 | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000008 | M.C.M. Marine, Inc.<br>1065 E. Portage Ave.<br>P.O. Box 922<br>Sault Ste. Marie, MI 49783 | $ 88,350.79 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Arthur Gallagher<br>c/o Brian V. Gray<br>The Gallagher Center<br>2 Pierce Pl.<br>Itasca, IL 60143-341 | $ 3,935.16 | $ 0.00 | $ 0.00 |
| 000010 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | $ 1,583.17 | $ 0.00 | $ 0.00 |
| 000011 | McAsphalt Industries/Sterling Fuels<br>8800 Sheppard Ave. East<br>Scarsborough, Ontario M1B5R4 | $ 19,450.10 | $ 0.00 | $ 0.00 |
| 000012 | Berger, Newmark & Fenchel, P.C.<br>303 W. Madison, 23rd Floor<br>Chicago, IL 60606 | $ 7,566.61 | $ 0.00 | $ 0.00 |
| 000013B | Illinois Department of Revenue<br>Bankruptcy Section<br>Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60106 | $ 5,922.00 | $ 0.00 | $ 0.00 |
| 000014 | Clean Harbors-Environmental Service<br>42 Longwater Drive<br>P O Box 9149<br>Norwell, MA 02061-9149 | $ 6,731.07 | $ 0.00 | $ 0.00 |
| 000016 | Cynthia G Feeley<br>Feeley & Associates PC<br>161 N Clark St Ste 4700<br>Chicago IL 60601 | $ 51,181.68 | $ 0.00 | $ 0.00 |
| 000017 | RS Oil<br>25903 S. Ridgeland<br>Monee, IL 60449 | $ 437.00 | $ 0.00 | $ 0.00 |
| 000018 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 24,433.48 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Joseph Arthur Dawson c/o Motherway & Napleton LLP 100 W. Monroe St., STE 200 Chicago, IL 60603 | $ 2,281,343.36 | $ 0.00 | $ 0.00 |
| 000020 | Wells Fargo Bank NA Bankrutpcy Department Wells Fargo & Company PO Box 53476 Phoenix, AZ 85072 | $ 21,020.45 | $ 0.00 | $ 0.00 |
| 000021 | Bank of America, NA Attn: Mr. M-BK 1000 Samoset Drive DE5-023-03-03 Newark, DE 19713 | $ 6,639.31 | $ 0.00 | $ 0.00 |
| 000023 | Luhr Brothers P.O. Box 50 Columbia, IL 62236 | $ 510,141.00 | $ 0.00 | $ 0.00 |
| 000024 | M.C.M. Marine, Inc. 1065 E. Portage Ave. P.O. Box 922 Sault Ste. Marie, MI 49783 | $ 88,350.79 | $ 0.00 | $ 0.00 |
| 000025 | Dell Financial Services, L.P. Collections/Consumer Bankruptcy 12234B North I-35 Austin, Texas 78753-1705 | $ 945.72 | $ 0.00 | $ 0.00 |
| 000026 | Dell Financial Services, L.P. Collections/Consumer Bankruptcy 12234B North I-35 Austin, Texas 78753-1705 | $ 1,829.67 | $ 0.00 | $ 0.00 |
| 000027 | Lifting Gear 9925 S. Industrial Rd. Bridgeview, IL 60455 | $ 4,091.04 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Purvis Marine<br>1 PIM St., Sault Sante Marie,<br>Ontario, Canada P6A 3G3 | $ 85,017.03 | $ 0.00 | $ 0.00 |
| 000029 | AL Warren Oil Company Inc<br>7439 W Arches<br>Summit, IL 60501 | $ 29,708.00 | $ 0.00 | $ 0.00 |
| 000030 | Glenn E. Daulton, Inc.<br>P.O. Box 2016<br>Union City, TN 38281 | $ 10,200.00 | $ 0.00 | $ 0.00 |
| 000031C | IL Dept. of Employment Security<br>Attorney General Section<br>9th Floor<br>33 S. State Street<br>Chicago, IL 60603 | $ 2,125.00 | $ 0.00 | $ 0.00 |
| 000032 | William Scotman<br>8211 Town Center Dr.<br>Nottingham, MD 21236 | $ 955.98 | $ 0.00 | $ 0.00 |
| 000033 | Mt. Carmel Sand and Gravel, Inc.<br>c/o Robert R. Benjamin<br>Querrey & Harrow, Ltd.<br>175 West Jackson Blvd., Suite 1600<br>Chicago, IL 60604? | $ 15,037.65 | $ 0.00 | $ 0.00 |
| 000035 | Avaya<br>c/o RMS Bankruptcy Services<br>PO Box 5126<br>Timonium, Maryland 21094 | $ 570.00 | $ 0.00 | $ 0.00 |
| 000036 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601 | $ 1,401.39 | $ 0.00 | $ 0.00 |
| 000037 | Dominic Serpico<br>500 Redondo Dr. #507<br>Downers Grove, IL 60515 | $ 837.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | DUFOUR LASKEY & STROUSE INC<br>3939 N CAUSEWAY BLVD STE 300<br>METAIRIE LA 70002 | $ 1,005.50 | $ 0.00 | $ 0.00 |
| 000039 | CIT Technology Financing<br>10201 Centurion Pkwy N. #100<br>Jacksonville, FL 32256 | $ 7,146.14 | $ 0.00 | $ 0.00 |
| 000040 | M.C.M. Marine, Inc.<br>1065 E. Portage Ave.<br>P.O. Box 922<br>Sault Ste. Marie, MI 49783 | $ 88,350.79 | $ 0.00 | $ 0.00 |
| 000041 | Southeastern Medical<br>4020 Calumet Ave.<br>Hammond, IN 46320 | $ 20,383.00 | $ 0.00 | $ 0.00 |
| 000042 | AIRGAS NORTH CENTRAL<br>3300 BUTLER AVE<br>S CHICAGO HEIGHTS IL 60411 | $ 1,268.40 | $ 0.00 | $ 0.00 |
| 000043 | Joseph Arthur Dawson<br>c/o Motherway & Napleton LLP<br>100 W. Monroe St., STE 200<br>Chicago, IL 60603 | $ 2,281,343.36 | $ 0.00 | $ 0.00 |
| 000044 | Feeley & Associates<br>161 N. Clark St., STE 4700<br>Chicago, IL 60601 | $ 51,181.68 | $ 0.00 | $ 0.00 |
| 000045 | Harbor House<br>221 Water St.<br>Boyne City, MI 48712 | $ 1,080.00 | $ 0.00 | $ 0.00 |
| 000046C | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | $ 2,125.00 | $ 0.00 | $ 0.00 |
| 000047 | Anderson Brothers & Johnson<br>P O Box 26<br>Wausau WI 54402-0026 | $ 113,254.29 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | EDCO<br>3 Court St., STE B<br>Crown Point, IN 46307 | $ 409.87 | $ 0.00 | $ 0.00 |
| 000050 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 739.25 | $ 0.00 | $ 0.00 |
| 000051 | Glenn Dawson<br>P.O. Box 178255<br>Chicago, IL 60617 | $ 81,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.