# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLLY MARINE TOWING, INC. | § | Case No. 07-00266 TAB |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  CLERK OF THE U.S. BANKRUPTCY COURT
  KENNETH S. GARDNER
  219 S. Dearborn St.
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/18/2013 in Courtroom 613,
  UNITED STATES BANKRUPTCY COURT
  219 S. Dearborn St.
  Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/15/2013                By: UNITED STATES BANKRUPTCY
                                              COURT
                                                                          Clerk

*RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| HOLLY MARINE TOWING, INC. | § | Case No. 07-00266 TAB |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,015,843.86 |
| and approved disbursements of | $ | 1,942,739.91 |
| leaving a balance on hand of[1] | $ | 73,103.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | Dept. of the Treasury, Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 1,046,754.54 | $ 1,046,754.54 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013A | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60106 | $ 51,200.00 | $ 51,200.00 | $ 0.00 | $ 0.00 |
| 000015 | FH Partners, L.P. c/o Michael J. Small, Esq./Rebecca Hanso Foley & Lardner LLP 321 N. Clark Street, Suite 2800 Chicago, IL 60610 | $ 2,526,034.49 | $ 2,526,034.49 | $ 0.00 | $ 0.00 |
| 000022 | First Insurance Funding Corp. 450 Skokie Blvd., STE 1000 P.O. Box 3306 Northbrook, IL 60065-3306 | $ 154,571.62 | $ 154,571.62 | $ 0.00 | $ 0.00 |
| 000031A | IL Dept. of Employment Security Attorney General Section 9th Floor 33 S. State Street Chicago, IL 60603 | $ 38,564.49 | $ 38,564.49 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000046A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ 75,938.90 | $ 75,938.90 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 73,103.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 82,223.02 | $ 0.00 | $ 73,103.95 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 311,788.00 | $ 256,887.95 | $ 0.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 13,531.65 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 73,103.95 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: BAUCH & MICHAELS LLC | $ 261,481.44 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 788,006.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Dept. of the Treasury, Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 683,006.79 | $ 0.00 | $ 0.00 |
| 000031B | IL Dept. of Employment Security Attorney General Section 9th Floor 33 S. State Street Chicago, IL 60603 | $ 53,673.45 | $ 0.00 | $ 0.00 |
| 000034 | Dept. of the Treasury, Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ 38,311.63 | $ 0.00 | $ 0.00 |
| 000046B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ 13,014.89 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                    $          0.00

Remaining Balance                                         $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,276,531.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Xerox Capital Corporation<br>Xerox Capital Services, LLC<br>Attn: Vanessa Adams<br>P.O. Box 660506<br>Dallas, TX 75266-9937 | $ 356.00 | $ 0.00 | $ 0.00 |
| 000002 | Groban Supply Company Inc<br>9300 South Drexel<br>Chicago, IL 60621 | $ 85.00 | $ 0.00 | $ 0.00 |
| 000003 | Dominic Serpico<br>500 Redondo Dr. #507<br>Downers Grove, IL 60515 | $ 837.50 | $ 0.00 | $ 0.00 |
| 000004 | John J. McMullen & Assoc.<br>1750 Tysons Blvd., STE 1300<br>McLean, VA 22102 | $ 5,522.99 | $ 0.00 | $ 0.00 |
| 000005C | Dept. of the Treasury, Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ 338,039.98 | $ 0.00 | $ 0.00 |
| 000006 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | $ 2,097.64 | $ 0.00 | $ 0.00 |
| 000007 | Philips Brothers Electrical Contractors Inc<br>c/o Shannon M Reily Esquire<br>P O Box 515<br>West Chester PA 19381-0515 | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 000008 | M.C.M. Marine, Inc.<br>1065 E. Portage Ave.<br>P.O. Box 922<br>Sault Ste. Marie, MI 49783 | $ 88,350.79 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Arthur Gallagher<br>c/o Brian V. Gray<br>The Gallagher Center<br>2 Pierce Pl.<br>Itasca, IL 60143-341 | $ 3,935.16 | $ 0.00 | $ 0.00 |
| 000010 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | $ 1,583.17 | $ 0.00 | $ 0.00 |
| 000011 | McAsphalt Industries/Sterling Fuels<br>8800 Sheppard Ave. East<br>Scarsborough, Ontario M1B5R4 | $ 19,450.10 | $ 0.00 | $ 0.00 |
| 000012 | Berger, Newmark & Fenchel, P.C.<br>303 W. Madison, 23rd Floor<br>Chicago, IL 60606 | $ 7,566.61 | $ 0.00 | $ 0.00 |
| 000013B | Illinois Department of Revenue<br>Bankruptcy Section<br>Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60106 | $ 5,922.00 | $ 0.00 | $ 0.00 |
| 000014 | Clean Harbors- Environmental Service<br>42 Longwater Drive<br>P O Box 9149<br>Norwell, MA 02061-9149 | $ 6,731.07 | $ 0.00 | $ 0.00 |
| 000016 | Cynthia G Feeley<br>Feeley & Associates PC<br>161 N Clark St Ste 4700<br>Chicago IL 60601 | $ 51,181.68 | $ 0.00 | $ 0.00 |
| 000017 | RS Oil<br>25903 S. Ridgeland<br>Monee, IL 60449 | $ 437.00 | $ 0.00 | $ 0.00 |
| 000018 | American Express Travel Related Svcs Co Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 24,433.48 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Joseph Arthur Dawson c/o Motherway & Napleton LLP 100 W. Monroe St., STE 200 Chicago, IL 60603 | $ 2,281,343.36 | $ 0.00 | $ 0.00 |
| 000020 | Wells Fargo Bank NA Bankrutpcy Department Wells Fargo & Company PO Box 53476 Phoenix, AZ 85072 | $ 21,020.45 | $ 0.00 | $ 0.00 |
| 000021 | Bank of America, NA Attn: Mr. M-BK 1000 Samoset Drive DE5-023-03-03 Newark, DE 19713 | $ 6,639.31 | $ 0.00 | $ 0.00 |
| 000023 | Luhr Brothers P.O. Box 50 Columbia, IL 62236 | $ 510,141.00 | $ 0.00 | $ 0.00 |
| 000024 | M.C.M. Marine, Inc. 1065 E. Portage Ave. P.O. Box 922 Sault Ste. Marie, MI 49783 | $ 88,350.79 | $ 0.00 | $ 0.00 |
| 000025 | Dell Financial Services, L.P. Collections/Consumer Bankruptcy 12234B North I-35 Austin, Texas 78753-1705 | $ 945.72 | $ 0.00 | $ 0.00 |
| 000026 | Dell Financial Services, L.P. Collections/Consumer Bankruptcy 12234B North I-35 Austin, Texas 78753-1705 | $ 1,829.67 | $ 0.00 | $ 0.00 |
| 000027 | Lifting Gear 9925 S. Industrial Rd. Bridgeview, IL 60455 | $ 4,091.04 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Purvis Marine<br>1 PIM St., Sault Sante Marie,<br>Ontario, Canada P6A 3G3 | $ 85,017.03 | $ 0.00 | $ 0.00 |
| 000029 | AL Warren Oil Company Inc<br>7439 W Arches<br>Summit, IL 60501 | $ 29,708.00 | $ 0.00 | $ 0.00 |
| 000030 | Glenn E. Daulton, Inc.<br>P.O. Box 2016<br>Union City, TN 38281 | $ 10,200.00 | $ 0.00 | $ 0.00 |
| 000031C | IL Dept. of Employment Security<br>Attorney General Section<br>9th Floor<br>33 S. State Street<br>Chicago, IL 60603 | $ 2,125.00 | $ 0.00 | $ 0.00 |
| 000032 | William Scotman<br>8211 Town Center Dr.<br>Nottingham, MD 21236 | $ 955.98 | $ 0.00 | $ 0.00 |
| 000033 | Mt. Carmel Sand and Gravel, Inc.<br>c/o Robert R. Benjamin<br>Querrey & Harrow, Ltd.<br>175 West Jackson Blvd., Suite 1600<br>Chicago, IL 60604? | $ 15,037.65 | $ 0.00 | $ 0.00 |
| 000035 | Avaya<br>c/o RMS Bankruptcy Services<br>PO Box 5126<br>Timonium, Maryland 21094 | $ 570.00 | $ 0.00 | $ 0.00 |
| 000036 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601 | $ 1,401.39 | $ 0.00 | $ 0.00 |
| 000037 | Dominic Serpico<br>500 Redondo Dr. #507<br>Downers Grove, IL 60515 | $ 837.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | DUFOUR LASKEY & STROUSE INC<br>3939 N CAUSEWAY BLVD STE 300<br>METAIRIE LA 70002 | $ 1,005.50 | $ 0.00 | $ 0.00 |
| 000039 | CIT Technology Financing<br>10201 Centurion Pkwy N. #100<br>Jacksonville, FL 32256 | $ 7,146.14 | $ 0.00 | $ 0.00 |
| 000040 | M.C.M. Marine, Inc.<br>1065 E. Portage Ave.<br>P.O. Box 922<br>Sault Ste. Marie, MI 49783 | $ 88,350.79 | $ 0.00 | $ 0.00 |
| 000041 | Southeastern Medical<br>4020 Calumet Ave.<br>Hammond, IN 46320 | $ 20,383.00 | $ 0.00 | $ 0.00 |
| 000042 | AIRGAS NORTH CENTRAL<br>3300 BUTLER AVE<br>S CHICAGO HEIGHTS IL 60411 | $ 1,268.40 | $ 0.00 | $ 0.00 |
| 000043 | Joseph Arthur Dawson<br>c/o Motherway & Napleton LLP<br>100 W. Monroe St., STE 200<br>Chicago, IL 60603 | $ 2,281,343.36 | $ 0.00 | $ 0.00 |
| 000044 | Feeley & Associates<br>161 N. Clark St., STE 4700<br>Chicago, IL 60601 | $ 51,181.68 | $ 0.00 | $ 0.00 |
| 000045 | Harbor House<br>221 Water St.<br>Boyne City, MI 48712 | $ 1,080.00 | $ 0.00 | $ 0.00 |
| 000046C | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | $ 2,125.00 | $ 0.00 | $ 0.00 |
| 000047 | Anderson Brothers & Johnson<br>P O Box 26<br>Wausau WI 54402-0026 | $ 113,254.29 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | EDCO<br>3 Court St., STE B<br>Crown Point, IN 46307 | $ 409.87 | $ 0.00 | $ 0.00 |
| 000050 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 739.25 | $ 0.00 | $ 0.00 |
| 000051 | Glenn Dawson<br>P.O. Box 178255<br>Chicago, IL 60617 | $ 81,500.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
                    Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (5/1/2011) *(Page: 11)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 07-00266-TAB
Holly Marine Towing, Inc.                                           Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1            User: lkorotko               Page 1 of 5                  Date Rcvd: Nov 18, 2013
                                Form ID: pdf006              Total Noticed: 167


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2013.
db           +Holly Marine Towing, Inc.,    9320 S. Ewing Ave.,    Chicago, IL 60617-4640
aty          +Bauch & Michaels,   Bauch & Michaels,    53 W Jackson Blvd Ste 1115,    Chicago, IL 60604-3566
aty          +Marwedel Minichello & Reeb P C,    Marwedel Minichello & Reeb P C,    10 S Riverside Plaza Ste 660,
               Chicago, IL 60606-3726
aty          +Michael J Kelly,   Jenner & Block LLP,    330 N Wasbash Ave,    Chicago, IL 60611-3586
11096586     +AAA Valley Fire,   4333 Calumet Ave.,    Hammond, IN 46320-1136
12132137     +AIRGAS NORTH CENTRAL,    3300 BUTLER AVE,    S CHICAGO HEIGHTS IL 60411-5507
11334109     +AL Warren Oil Company Inc,    7439 W Arches,    Summit, IL 60501-1219
11096587     +AllCO, Inc.,   1001 Winstead Dr.,    Suite 500,    Cary, NC 27513-2130
11096588     +Allied Waste Services,    605 Northwest Ave.,    Melrose Park, IL 60164-1301
11096589      American Commercial Barge Line LLC,    ACBL 520,    1701 E. Market St.,    Jeffersonville, IN 47130
11096590      American Express,   P.O. Box 650448,    Dallas, TX 75265-0448
11275421      American Express Travel Related Svcs Co,     Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
11096591     +American Marine Tech,    P.O. Box 207,   Lockport, IL 60441-0207
11096592     +American Waterways,   801 N. Quincy St., STE 200,     Arlington, VA 22203-1708
11096593     +Amerigas,   2801 E. 175th St.,    Lansing, IL 60438-1959
12174295      Anderson Brothers & Johnson,    P O Box 26,    Wausau WI 54402-0026
11096594     +Anderson Pest Control,    219 W. Diversity Ave.,    Elmhurst, IL 60126-1103
11096595     +Aniols Hardware,   13416 Baltimore Ave.,    Chicago, IL 60633-1896
11096596     +Archway Lighting,   2739 Washington Ave.,    St. Louis, MO 63103-1421
11096597     +Arthur Gallagher,   c/o Brian V. Gray,    The Gallagher Center,    2 Pierce Pl.,
               Itasca, IL 60143-1203
11096598     +Aspen Publishers,   c/o MSC Credit & Audit Service,     P.O. Box 1130,
               Mechanicsburg, PA 17055-1130
11096599     +Associated Radiologists of Joliet,    39069 Treasury Center,    Chicago, IL 60694-9000
11096600      Assurant Employee Benefits,    P.O. Box 2939,    Clinton, IA 52733-2939
11096602     +Avaya,   c/o RMS Bankruptcy Services,    PO Box 5126,    Timonium, Maryland 21094-5126
12132139     +BAUCH & MICHAELS LLC,    C/O PAUL M BAUCH,    53 W JACKSON BLVD STE 1115,    CHICAGO IL 60604-3566
12132140     +BELL BOYD & LLOYD LLP,    C/O HARLEY J GOLDSTEIN,    70 W MADISON ST STE 3100,
               CHICAGO IL 60602-4244
11096605     +BLR,   141 Mill Rock Rd. East,    Old Saybrook, CT 06475-4217
12065844     #Bank of America,   P O Box 15184,    Wilmington DE 19850-5184
12065845      Bank of America Business Card,    P O Box 15710,    Wilmington DE 19886-5710
11306913     +Bank of America, NA,    Attn: Mr. M-BK,   1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
11096603     +Barneycorp Inc.,   9320 S. Ewing Ave.,    Chicago, IL 60617-4640
11096604     +Berger, Newmark & Fenchel, P.C.,    303 W. Madison, 23rd Floor,    Chicago, IL 60606-3308
11096606     +Blue Cross Blue Shield,    225 N. Michigan Ave.,    Chicago, IL 60601-6026
12132142      CITY OF CHICAGO,   DEPARTMENT OF WATER MANAGEMENT,     P O BOX 6330,    CHICAGO IL 60680-6330
11096607     +Calumet Electric Supply,    2740 Calumet Ave.,    Hammond, IN 46320-1107
11096608     #+Calumet River Fleeting,    P.O. Box 209,   Whiting, IN 46394-0209
11096609     +Calumet Starter & Alternator, Inc.,    10101 S. Ewing Ave.,    Chicago, IL 60617-6022
11096610      Canadian Customs,   P.O. Box 126,    Niagra Falls,    Ontario, Canada, L2E 6T1
11096611     +Centofanti Marine Systems,    P.O. Box 1050,    Uniontown, PA 15401-1050
11096612     +Chicago Dry Dock,    P.O. Box 954,   New Lenox, IL 60451-0954
11240747     +Chicago Dry Dock, Inc.,    c/o Donale L. Cordano, Reg. Agent,    2321 N. Plaintfield Road,
               Crest Hill, IL 60403-1812
11147733     +Citibank (South Dakota). N.A.,    DBA: Shell,    4740 121st ST,    Urbandale, Ia 50323-2402
11188534      Citibank (South Dakota)NA,    DBA: The Home Depot,    P O Box 9025,    Des Moines IA 50368
17656310     +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
11096614      Clean Harbors-Environmental Service,    42 Longwater Drive,    P O Box 9149,
               Norwell, MA 02061-9149
11096616     +Construction Today,    Subscriber Services,    303 E. Wacker Dr., floor 23,
               Chicago, IL 60601-5212
11096617      Crain’s Chicago Business,    P.O. Box 4349,    Carol Stream, IL 60197-4349
11096618     +Custom Hydraulic Components,    710 Amelia St.,    P.O. Box 451,    Gretna, LA 70054-0451
11096621     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial,     Dell Preferred Account A/C,    Payment Process Center,
               P.O. Box 6403,   Carol Stream, IL 60197-6403)
12132143     +DUFOUR LASKEY & STROUSE INC,    3939 N CAUSEWAY BLVD STE 300,    METAIRIE LA 70002-1777
11096619      David & Kuelthau,   111 E. Kilbourn, STE 1400,     Milwaukee, WI 53202-6613
11096620     +David Epstein,   30 N. LaSalle St., STE 2900,     Chicago, IL 60602-2511
11329462      Dell Financial Services, L.P.,    Collections/Consumer Bankruptcy,     12234B North I-35,
               Austin, Texas 78753-1705
12174296     +Departmet of Treasury / Internal Revenue Service,     c/o Brian Press Esq,
               200 West Adams Suite 2300,    Chicago IL 60606-5231
11096623     +Dominic Serpico,   500 Redondo Dr. #507,    Downers Grove, IL 60516-4587
12174298     +Dustin Lhotka,   6216 S Kostner Ave,    Chicago Il 60629-5205
11096624     +EDCO,   3 Court St., STE B,    Crown Point, IN 46307-4082
11096625     +Emesco Marine Services Corporation,    c/o John B. Schlossberg, III,    12100 S. Stony Island Ave.,
               Chicago, IL 60633-2499
11096626     +Exxon Mobil,   P.O. Box 8500,    K-120,   Philadelphia, PA 19178-8500
12132144     +FEDEX,   P O BOX 94515,    PALATINE IL 60094-4515
```

```
District/off: 0752-1          User: lkorotko              Page 2 of 5                   Date Rcvd: Nov 18, 2013
                              Form ID: pdf006             Total Noticed: 167


11152602      +FH Partners LP,   Michael J Small,   321 North Clark Street Ste 2800,
                Chicago Illinois 60654-5313
11096629       FH Partners, L.P.,    P.O. Box 8216,   Waco, TX 76714-8216
11254016      +FH Partners, L.P.,    c/o Michael J. Small, Esq./Rebecca Hanso,    Foley & Lardner LLP,
                321 N. Clark Street, Suite 2800,    Chicago, IL 60654-5313
11096627       Fed Ex,    P.O. Box 94515,   Palatine, IL 60094-4515
11096630       First Insurance Funding Corp.,    450 Skokie Blvd., STE 1000,   P.O. Box 3306,
                Northbrook, IL 60065-3306
11096632       Fisher-Wavy,   1 Ceasar Rd.,    P.O. Box 1000,   Sudbury, Ontario, Canada P0M1N0
11096631       Fisheries and Oceans,    240 Bank St., Station 3-37,,   OIttawa, Ontario, K1A 0E6
12517009      +Glenn Dawson,   P.O. Box 178255,    Chicago, IL 60617-8255
12065842      +Glenn E Daulton,   PO Box 1016,    Union City Tn 38281-1016
11096633       Glenn E. Daulton, Inc.,    P.O. Box 2016,   Union City, TN 38281
12132217      +Godwin pumps of America Inc,    16830 Chicago Ave,   Lansing Il 60438-1172
11096634      +Great American Insurance Company,    c/o Carl Hees,   65 Broadway, 20th Floor,
                New York, NY 10006-2512
11096635      +Groban Supply Company Inc,    9300 South Drexel,   Chicago, IL 60619-7726
11096636      +Gruene Coal Company,    7435 S. Union Ave.,   Chicago, IL 60621-2333
11096637      +Halikias and Company,    James P. Halikias,   95 Trade St.,   Aurora, IL 60504-8192
11096638      +Harbor House,   221 Water St.,    Boyne City, MI 49712-1801
11096639      +Hart’s Foods,   13209 S. Baltimore Ave.,    Chicago, IL 60633-1431
11096640       Hinkley Springs,    P.O. Box 660579,   Dallas, TX 75266-0579
11096641       Home Depot,   P.O. Box 6029,    The Lakes, NV 88901-6029
11096642      +IL Dept. of Employment Security,    Attorney General Section 9th Floor,    33 S. State Street,
                Chicago, IL 60603-2806
11096644     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,   Level 7-425,
                100 W. Randolph St.,    Chicago, IL 60106)
11096645      +IMBR Cranes, Inc.,    491 E. 14th St.,   Chicago Heights, IL 60411-2920
11096643      +Illiana Surgical/Medical Center,    701 Superior Ave.,   Munster, IN 46321-4037
12436071      +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808
12132233       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
12065840      +Illinois EPA,   c/o Alec Messina, Legal Counsel,    1021 North Grand Avenue East,
                Springfiled IL 62702-4059
11096646      +Imperial Crane,    7500 W. Imperial Dr.,   Bridgeview, IL 60455-2395
11096647      +Independent Marine,    P.O. Box 122,   Lemont, IL 60439-0122
12065841      +Indiana Dept of Environmental Mgt,    Indiana Goverment Center North,   100 N Senate Ave,
                IGC North 1307 MC: 60-01,    Indianapolis IN 46204-2273
12132218      +Indiana Port Commission,    150 W Market St Ste 100,   Indianapolis IN 46204-2845
11240748       Int’l Longshoremen’s Assn.,    Local 2038, Great Lakes Dist. Cnsl.,    Atlantic Cost Dist., AFL-CIO,
                6613 Compass Drive,    Portage, IN 46368
11096649      +J & L Fasteners,   6944 Parrish Ave.,    Hammond, IN 46323-2394
11096650      +John J. McMullen & Assoc.,    1750 Tysons Blvd., STE 1300,   McLean, VA 22102-4220
11096651     #+Joseph Arthur Dawson,    c/o Motherway & Napleton LLP,   100 W. Monroe St., STE 200,
                Chicago, IL 60603-1975
11096652      +Joseph Wicker,   1 Kingsbury Industrial Park,    Kingsbury, IN 46345
12132219       Kindra Lake Towing LP,    3321 Pomeroy Road,   Rockford Il 61108
11096653      +Koutek & Associates,    930 N. York Rd. STE 208,   Hinsdale, IL 60521-2913
11096654      +Lake Imaging,   55 E. 86th Ave., STE A,    P.O. Box 10645,   Merrillville, IN 46411-0645
11096655      +Lee Barge Cleaning,    6217 Stafford St.,   Plainfield, IL 60586-1763
11096656      +Lifting Gear,   9925 S. Industrial Rd.,    Bridgeview, IL 60455-1982
11096657      +Luhr Brothers,   P.O. Box 50,    Columbia, IL 62236-0050
11096658       M & I Leasing,   P.O. Box 88127,    Milwaukee, WI 53288-9840
11096659      +M.C.M. Marine, Inc.,    1065 E. Portage Ave.,   P.O. Box 922,   Sault Ste. Marie, MI 49783-0922
11096661       MBNA America,   P.O. Box 15469,    Wilmington, DE 19886-5469
11096660      +Marsec,   319 N. Weber Rd.,    Bolingbrook, IL 60490-1569
12132221      +Marwedel Minichello & Reeb PC,    C/O Warren J Marwedel,   10 S Riverside Plaza Ste 720,
                Chicago Il 60606-3726
11096662       McAsphalt Industries/Sterling Fuels,    8800 Sheppard Ave. East,    Scarsborough, Ontario M1B5R4
11096663      +McMaster-Carr,   P.O. Box 7690,    Chicago, IL 60680-7690
11096664      +Melrose Pyrotechnics, Inc.,    1 Kingsbury Industrial Park,   Kingsbury, IN 46345
11096665      +Michael McDermott,   14532 John Humphrey Dr.,    Orland Park, IL 60462-2640
12132222      +Michaels Materials,    T9543 Quarry Road,   Wausau WI 54403-9484
11096666      +Midwest Marine,   P.O. Box 17390,    Chicago, IL 60617-0390
11190108      +Mt. Carmel Sand and Gravel, Inc.,    c/o Robert R. Benjamin,    Querrey & Harrow, Ltd.,
                175 West Jackson Blvd., Suite 1600,    Chicago, IL 60604-2686
11096667      +Munster Radiology,   9201 Calumet Ave.,    Munster, IN 46321-2807
12132224       Nextel,   P O Box 541023,    Los Angeles CA 90054-1023
11096668      +Office Depot,   P.O. Box 689020,    Des Moines, IA 50368-9020
11096669      +PCP of Essington,   1051 Essington Rd., STE 100,    Joliet, IL 60435-2810
12199615      +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,   CHICAGO, IL 60601-6203
11096671      +PK Alexander,   13101 S. Baltimore,    Chicago, IL 60633-1318
12132225      +Parker Sales Co Inc,    10038 S Ewing Avenue,   Chicago Il 60617-6098
12132226      +Patten Industries Inc,    635 West Lake Street,   Elmhurst Il 60126-1465
11096670      +Peoples Energy,    130 E. Randolph Dr.,   Chicago, IL 60601-6302
12132227       Peoples Gas,   130 E Randolph Drive,    Chicago IL 60687-0001
11169676       Philips Brothers Electrical Contractors Inc,    c/o Shannon M Reily Esquire,    P O Box 515,
                West Chester PA 19381-0515
11096672      +Premier Waste,   P.O. Box 17111,    Chicago, IL 60617-0111
```

```
District/off: 0752-1          User: lkorotko              Page 3 of 5                  Date Rcvd: Nov 18, 2013
                              Form ID: pdf006             Total Noticed: 167

11096673       Purvis Marine,    1 PIM St., Sault Sante Marie,,    Ontario, Canada P6A 3G3
11096674      +Quality Alarm,    5532 West Cal-Sag Road,    Alsip, IL 60803-3309
11096677      +RS Oil,    25903 S. Ridgeland,    Monee, IL 60449-9125
11096676      +Reserve Marine Terminals,    11401 S. Greenbay Ave.,    Chicago, IL 60617-7100
11096675      +Resurrection Medical Center,    P.O. Box 200281,    Chicago, IL 60622-0281
12132220      +Robert Lund,    6537 Newburg Road,    Rockford IL 61108-4324
11230475      +Robert R. Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Blvd., Suite 1600,
                Chicago, IL 60604-2686
11096678      +SCF Marine,    801 N. Second St., STE 405,    St. Louis, MO 63102-2560
11096679      +SES,    1400 Powis Rd.,    West Chicago, IL 60185-1653
12132228      +Scouler & Company LLC,    445 Park Ave 10th Fl,    New York NY 10022-8632
11096680       Shell Fleet,    P.O. Box 18309,    Columbus, OH 43218
11096681      +Silver Cross Hospital,    P.O. Box 100,    Joliet, IL 60434-0100
11096682      +Skyway BTB,    10458 Ewing Ave.,    Chicago, IL 60617-6217
11096684      +Sparky's Marine Service,    2502 Central Dr.,    Joliet, IL 60435-1311
11096685      +St. Margaret Healthcare,    35987 Eagle Way,    Chicago, IL 60678-1359
12132229      +Thatcher Foundations Inc,    7100 Industrial Highway,    Gary IN 46406-1099
11096687      +The Community Hospital,    901 MacArthur Blvd.,    Munster, IN 46321-2959
11096688      +Timco,    P.O. Box 689,    New Albany, IN 47151-0689
11096689       U.S. Environmental Protection Agency,     Richard L. Nagle,    Bankruptcy Contact,
                U.S. EPA Region 5, Mail Code C-14J,    Chicago, IL 60604
12132230      +United States Trustee,    U S Trustee Payment Center,    P O box 70937,    Charlotte NC 28272
11096690       Veolia ES Special Services, Inc.,    21843 Network Pl.,    Chicago, IL 60673-1218
11096691      +Warren Oil Co.,    7439 W. Archer Ave.,    Summit, IL 60501-1219
11096692      +Wells Fargo,    Business Direct Div.,    MAC U1851-014,    P.O. Box 7487,    Boise, ID 83707-1487
11289129     #+Wells Fargo Bank NA,    Bankrutpcy Department,    Wells Fargo & Company,    PO Box 53476,
                Phoenix, AZ 85072-3476
12519466       Wells Fargo Bank, N.A.,    MAC S4101-08C,    100 W. Washington St., Phoenix, AZ 85003
12065838      +Wisconsin Dept of Natural Resources,    Office of Secretary,    101 South Webster St,
                Madison, WI 53702-0001
12065839       Xerox Capital Services LLC,    P O Box 660501,    Dallas, TX 75266-0501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12132138       E-mail/Text: g17768@att.com Nov 19 2013 02:00:31      AT & T,    PO BOX 9001309,
                LOUISVILLE KY 40290-1309
11096601      +E-mail/Text: g17768@att.com Nov 19 2013 02:00:31      AT&T,    SBC Bill Payment Center,
                Saginaw, MI 48663-0001
12132141       E-mail/Text: citjaxbankruptcy@cit.com Nov 19 2013 02:00:37       CIT TECHNOLOGY SERVICE INC,
                P O BOX 550599,    JACKSONVILLE FL 32255-0599
12299871      +E-mail/Text: citjaxbankruptcy@cit.com Nov 19 2013 02:00:37       CIT Technology Financing,
                10201 Centurion Pkwy N. #100,    Jacksonville, FL 32256-4114
11096613       E-mail/Text: g20956@att.com Nov 19 2013 02:02:11      Cingular,    P.O. Box 6428,
                Carol Stream, IL 60197-6428
11096615       E-mail/Text: legalcollections@comed.com Nov 19 2013 02:02:12       ComEd,    Bill Payment Center,
                Chicago, IL 60668-0001
12132231      +E-mail/Text: legalcollections@comed.com Nov 19 2013 02:02:12       ComEd Company,
                Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
11141441      +E-mail/Text: feeleypc@aol.com Nov 19 2013 02:00:49      Cynthia G Feeley,    Feeley & Associates PC,
                161 N Clark St Ste 4700,    Chicago IL 60601-3201
11096628      +E-mail/Text: feeleypc@aol.com Nov 19 2013 02:00:49      Feeley & Associates,
                161 N. Clark St., STE 4700,    Chicago, IL 60601-3201
11096648       E-mail/Text: cio.bncmail@irs.gov Nov 19 2013 02:00:43      Internal Revenue Service,
                Centralized Insolvency Options,    P.O. Box 21126,    Philadelphia, PA 19114
11142499       E-mail/Text: cio.bncmail@irs.gov Nov 19 2013 02:00:44      Dept. of the Treasury, Internal Revenue Service,    Centralized Insolvency Operations,
                P.O. Box 21126,    Philadelphia, PA 19114
12313164       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2013 02:07:52        Roundup Funding, LLC,
                MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11096683      +E-mail/Text: semc.hammond@gmail.com Nov 19 2013 02:01:19       Southeastern Medical,
                4020 Calumet Ave.,    Hammond, IN 46320-1129
11096693      +E-mail/Text: ardubon@willscot.com Nov 19 2013 02:02:14       William Scotman,
                8211 Town Center Dr.,    Nottingham, MD 21236-5904
11096694      +E-mail/Text: vanessa.adams@xerox.com Nov 19 2013 02:00:52       Xerox Capital Corporation,
                Xerox Capital Services, LLC,    Attn: Vanessa Adams,    P.O. Box 660506,    Dallas, TX 75266-0506
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12132223       Mt Carmel Stabilization Group Inc,     c/o Eileen M Sethna,    Querrey & Harrow Ltd
11096622*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial,     Dell Preferred Account A/C,    Payment Process Center,
                PO Box 6403,    Carol Stream, IL 60197-6403)
12174299*     +Robert Lund,    6537 Newburg Road,    Rockford IL 61108-4324
12065843     ##+Clean Harbors-Environmental Service,    11800 S Stony Island Ave,    Chicago Il 60617-7240
12132145     ##+GENERAL CAPITAL PARTNERS LLC,    DAVID FORD,    600 SEVENTEENTH ST,    STE 2350 SOUTH,
                DENVER CO 80202-5416
12174297     ##+Kindra Lake Towing LP,    3321 Pomeroy Road,    Downers Grove Il 60515-1174
11096686     ##+Telecom Services,    18019 Dixie Hwy.,    Homewood, IL 60430-3060
                                                                                   TOTALS: 1, * 2, ## 4
```

```
District/off: 0752-1           User: lkorotko              Page 4 of 5                   Date Rcvd: Nov 18, 2013
                               Form ID: pdf006             Total Noticed: 167
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2013                                          Signature: /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2013 at the address(es) listed below:
        Anastas  Shkurti    on behalf of 3rd Pty Defendant Holly Ann Headland anastas@shkurti.com,
         anastas312@gmail.com
        Brian L Shaw    on behalf of Creditor    General Capital Partners LLC bshaw100@shawfishman.com,
         bharrington@shawfishman.com
        Carolina Y Sales    on behalf of Debtor    Holly Marine Towing, Inc. csales@bauch-michaels.com
        Carolina Y Sales    on behalf of Plaintiff    Holly Marine Towing, Inc. csales@bauch-michaels.com
        Chad H. Gettleman    on behalf of Defendant Glenn V. Dawson cgettleman@ag-ltd.com
        Chad H. Gettleman    on behalf of Creditor Glenn V. Dawson cgettleman@ag-ltd.com
        Chester H. Foster, Jr.    on behalf of Defendant Richard G. Dawson chf@fosterlegalsvcs.com,
         dbf@fosterlegalservices.com
        Cynthia G. Feeley    on behalf of Defendant    Feeley & Associates, PC feeleypc@aol.com
        Cynthia G. Feeley    on behalf of Creditor    Feeley & Associates, PC feeleypc@aol.com
        Daniel A Zazove    on behalf of Attorney    Bauch & Michaels, LLC docketchi@perkinscoie.com
        David E Beker    on behalf of Defendant    Lafarge North America Inc dbeker@schwartzcooper.com,
         rbendix@schwartzcooper.com;msmith@schwartzcooper.com;rnachman@schwartzcooper.com
        Douglas J. Lipke    on behalf of Creditor    Royal Savings Bank dlipke@vedderprice.com,
         ecfdocket@vedderprice.com
        Edward S. Margolis    on behalf of Defendant    Greune emargolis@tellerlevit.com
        Eileen M Sethna    on behalf of Creditor    Mt. Carmel Sand and Gravel, Inc. esethna@chuhak.com,
         rsaldivar@chuhak.com
        Francisco  Connell    on behalf of Creditor    Mt. Carmel Sand and Gravel, Inc.
         fconnell@querrey.com,  hcummins@chuhak.com
        Geoffrey S. Goodman    on behalf of Creditor    FH Partners, L.P. ggoodman@foley.com,
         egreen@foley.com;khall@foley.com
        Harley J. Goldstein    on behalf of Attorney    K&L Gates LLP harleyg@restructuringshop.com,
         teresag@restructuringshop.com
        Henry B. Merens    on behalf of Creditor Glenn V. Dawson hbm@ag-ltd.com
        Henry B. Merens    on behalf of Defendant Glenn V. Dawson hbm@ag-ltd.com
        James E. Morgan    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
         jem@h2law.com,  smckinney@howardandhoward.com
        Jeffrey M. Heller    on behalf of Trustee Ronald R Peterson jeffrey.heller@klgates.com,
         teresa.gomez@klgates.com
        Jeffrey M. Heller    on behalf of Attorney    K&L Gates LLP jeffrey.heller@klgates.com,
         teresa.gomez@klgates.com
        John M. Riccione    on behalf of Other Prof.    Dubuque Barge and Fleeting Service Company
         jriccione@agdglaw.com
        Joseph B DiRago    on behalf of Accountant    Scouler and Company jdirago@lockelord.com
        Joseph B DiRago    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
         jdirago@lockelord.com
        Joseph B DiRago    on behalf of Attorney    Bell, Boyd & Lloyd LLP jdirago@lockelord.com
        Joseph B DiRago    on behalf of Attorney    Bell Boyd & Lloyd LLP jdirago@lockelord.com
        Kenneth A. Michaels, Jr    on behalf of Plaintiff    Holly Marine Towing, Inc.
         kmichaels@bauch-michaels.com,  pbauch@bauch-michaels.com
        Kenneth A. Michaels, Jr    on behalf of Debtor    Holly Marine Towing, Inc.
         kmichaels@bauch-michaels.com,  pbauch@bauch-michaels.com

```
District/off: 0752-1          User: lkorotko              Page 5 of 5                   Date Rcvd: Nov 18, 2013
                              Form ID: pdf006             Total Noticed: 167


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kenneth C Apicella    on behalf of Defendant    United States Steel Corporation (USS Gary Works)
               kapicella@ellisonlaw.net
              Kenneth D Bellah    on behalf of Defendant    Al Warren Oil Company, Inc. kenbellah@aol.com
              Matthew E. McClintock    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors mattm@restructuringshop.com,
               seanw@restructuringshop.com;teresag@restructuringshop.com;johnd@restructuringshop.com;zoranb@rest
               ructuringshop.com;harleyg@restructuringshop.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bauch    on behalf of Debtor    Holly Marine Towing, Inc. pbauch@bauch-michaels.com,
               smohan@bauch-michaels.com
              Paul M Bauch    on behalf of Attorney Paul M Bauch pbauch@bauch-michaels.com,
               smohan@bauch-michaels.com
              Paul M Bauch    on behalf of Plaintiff    Holly Marine Towing, Inc. pbauch@bauch-michaels.com,
               smohan@bauch-michaels.com
              Paul M Bauch    on behalf of Attorney    Bauch & Michaels, LLC pbauch@bauch-michaels.com,
               smohan@bauch-michaels.com
              Robert L Reeb    on behalf of Defendant    Illinois Marine Towing, Inc. rreeb@mmr-law.com,
               jturner@mmr-law.com
              Robert R Benjamin    on behalf of Creditor    Mt. Carmel Sand and Gravel, Inc.
               rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
               ie.com;tstephenson@golanchristie.com
              Ronald  Peterson    on behalf of Plaintiff    Ronald R. Peterson, not individually, but solely as
               trustee of the bankruptcy estate of Holly Marine Towing, Inc. rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald  Peterson    on behalf of Attorney    Jenner & Block LLP rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald R Peterson    on behalf of Attorney    Jenner & Block LLP rpeterson@jenner.com,
               rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Ronald R Peterson     rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Sarah H Bryan    on behalf of Plaintiff Ronald R. Peterson sarah.bryan@klgates.com
              Sarah H Bryan    on behalf of Trustee Ronald R Peterson sarah.bryan@klgates.com
              Shari L. Friedman    on behalf of Attorney    Marwedel Minichello & Reeb P C sfriedman@mmr-law.com,
               jturner@mmr-law.com
              Shari L. Friedman    on behalf of Debtor    Holly Marine Towing, Inc. sfriedman@mmr-law.com,
               jturner@mmr-law.com
              Steven B Chaiken    on behalf of Defendant Glenn V. Dawson schaiken@ag-ltd.com,   lhope@ag-ltd.com
              Steven B Chaiken    on behalf of 3rd Party Plaintiff Glenn V. Dawson schaiken@ag-ltd.com,
               lhope@ag-ltd.com
              Sven T Nylen    on behalf of Interested Party    The Official Committee of Unsecured Creditors
               sven.nylen@klgates.com,   teresa.gomez@klgates.com
              Sven T Nylen    on behalf of Attorney    Bell Boyd & Lloyd LLP sven.nylen@klgates.com,
               teresa.gomez@klgates.com
              Sven T Nylen    on behalf of Creditor Committee    Official  Committee of Unsecured Creditors
               sven.nylen@klgates.com,   teresa.gomez@klgates.com
              Sven T Nylen    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               sven.nylen@klgates.com,   teresa.gomez@klgates.com
              Thomas R. Fawkes    on behalf of Creditor Committee    Freeborn & Peters LLP tfawkes@freeborn.com,
               bkdocketing@freeborn.com
              Vivek  Jayaram    on behalf of Accountant    Scouler and Company vivek@jayaramlaw.com
                                                                                             TOTAL: 56
```